*Nancy F. Atlas*
*Atlas ADR, PLLC*
*3262 Westheimer Rd., #629*
*Houston, Texas 77098*
*NFA@At1asADR.com*
*713-703-0112*

March 17, 2024

Honorable Christina Bryan         Via Email:  Melissa_Morgan@txs.uscourts.gov
United States Courthouse
Room 7007
515 Rusk Avenue
Houston Texas, 77002

Re:    **Mediator's Report to Court, Case No. 4:24-CV-3047**

Dear Judge Bryan and Ms. Morgan,

I mediated the above-noted case with the parties on Tuesday, March 4, 2025, and have continued to do so since then.

I have been asked to report that negotiations among Defendants Endurance Assurance Corporation and Lexon Insurance Company (collectively, Sompo) and Plaintiffs W&T Offshore, Inc. and W&T Energy VI, LLC have reached an impasse.

I will continue to work with Plaintiffs and remaining Defendants, as well as the Sompo parties, if possible.

Regards,

*[signature]*

Nancy F. Atlas

cc:   Jason Halper, Esq.
       Yasser Madriz, Esq.