UNITED STATES DISTRICT COURT　　　　SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:24-cv-03047 |
|---|---|---|---|

| W&T Offshore, Inc. et al |
|---|
| *versus* |
| Endurance Assurance Corporation et al |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Megan Lewis<br>MCGUIREWOODS LLP<br>888 16th Street NW, Suite 500<br>Washington DC 20002<br>202 857-1716 (Direct), mlewis@mcguirewoods.com<br>DC 500720　CA 238465 |

| Name of party applicant seeks to appear for: | W&T Offshore, Inc. et al |
|---|---|

Has applicant been sanctioned by any bar association or court?　Yes _____　No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/20/2025 | Signed: | /s/ Megan Lewis |
|---|---|---|

The state bar reports that the applicant's status is:

Dated:　　　　　Clerk's signature

**Order**　　　　**This lawyer is admitted *pro hac vice*.**

Dated: _____　　　_____
　　　　　　　　　　　　　　　　　　　　　　United States District Judge