Case 4:24-cv-03047   Document 84   Filed on 04/10/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 14, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:24-cv-03047 |
|---|---|---|---|

| W&T Offshore, Inc. et al |
|---|
| *versus* |
| Endurance Assurance Corporation et al |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Megan Lewis<br>MCGUIREWOODS LLP<br>888 16th Street NW, Suite 500<br>Washington DC 20002<br>202 857-1716 (Direct), mlewis@mcguirewoods.com<br>DC 500720  CA 238465 |
|---|---|

| Name of party applicant seeks to appear for: | W&T Offshore, Inc. et al |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 3/20/2025 | Signed: | /s/ Megan Lewis |
|---|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 4/9/2025    Clerk's signature: *R. Hawkins* |

| Order |
|---|
| Dated: 4/10/25 |

This lawyer is admitted *pro hac vice.*

_____
United States District Judge