United States District Court
Southern District of Texas

**ENTERED**

April 25, 2025

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| W&T OFFSHORE, INC., AND<br>W&T ENERGY VI, LLC,<br>　　　　　　　Plaintiffs,<br><br>v.<br><br>ENDURANCE ASSURANCE<br>CORPORATION AND<br>LEXON INSURANCE CO.,<br>　　　　　　　Defendants. | No. 4:24-CV-03047 |

---

| | |
|---|---|
| U.S. SPECIALTY<br>INSURANCE COMPANY,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>W&T OFFSHORE, INC., AND<br>W&T ENERGY VI, LLC,<br>　　　　　　　Defendants. | No. 4:24-CV-04113 |

---

| | |
|---|---|
| UNITED STATE FIRE<br>INSURANCE COMPANY,<br>　　　　　　　Plaintiff<br><br>v.<br><br>W&T OFFSHORE, INC., AND<br>W&T ENERGY VI, LLC,<br>　　　　　　　Defendants. | No. 4:24-CV-04395 |

---

| | |
|---|---|
| PENNSYLVANIA<br>INSURANCE<br>COMPANY,<br>　　　　　　　Plaintiff<br><br>v.<br><br>W&T OFFSHORE, INC.,<br>　　　　　　　Defendant. | No. 4:24-CV-04400 |

## ORDER[1]

A Status Conference shall take place before:

Judge Dena Hanovice Palermo
**Monday, May 19, 2025, at 3:00 PM.**
by video

Each party must appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client. Counsel are to consult among themselves well in advance and exchange relevant documents in the case.

The Court will consider any motions, narrow issues, inquire about expected motions, and schedule discovery.

Parties will receive a zoom link by email. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, or rebroadcasting of federal court proceedings (including those held by telephone or videoconference). Recording of a federal court proceeding held by video or teleconference is strictly prohibited. Violation of these rules may result in the denial of entry to future hearings or any other sanction deemed necessary by the Court

**IT IS SO ORDERED.**

Signed at Houston, Texas, on April 25, 2025.

**Dena Hanovice Palermo**
**United States Magistrate Judge**

---

[1] The District Judge to whom this case is now assigned referred all pretrial proceedings to the undersigned. ECF No. 77.