IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| W&T OFFSHORE, INC., AND W&T ENERGY VI, LLC, | | |
| Plaintiffs, | | |
| v. | | Civil Action No. 4:24-CV-03047 |
| ENDURANCE ASSURANCE CORPORATION, AND LEXON INSURANCE CO. | | |
| Defendants. | | |
| U.S. SPECIALTY INSURANCE COMPANY, | | |
| Plaintiff, | | |
| v. | | Civil Action No. 4:24-CV-04113 |
| W&T OFFSHORE, INC., AND W&T ENERGY VI, LLC, | | |
| Defendants. | | |
| UNITED STATES FIRE INSURANCE COMPANY, | | |
| Plaintiff, | | |
| v. | | Civil Action No. 4:24-CV-04395 |
| W&T OFFSHORE, INC., AND W&T ENERGY VI, LLC, | | |
| Defendants. | | |
| UNITED STATES PENN INSURANCE COMPANY, | | |
| Plaintiff, | | |
| v. | | Civil Action No. 4:24-CV-04400 |
| W&T OFFSHORE, INC., | | |
| Defendant. | | |

**PLAINTIFFS' RESPONSE TO JOINT MOTION BY COUNSEL FOR THE SURETIES TO REMOVE ATTORNEYS' EYES RESTRICTION ON *EX PARTE* NOTICE**

Plaintiffs, W&T Offshore, Inc. ("W&T Offshore") and W&T Energy VI, LLC ("W&T Energy") (collectively, "W&T"), file this Response to the Joint Motion by Counsel for the Sureties to Remove Attorneys' Eyes Restriction on *Ex Parte* Notice ("Sureties' Motion").

1

Counsel for the Sureties seek to remove the "Attorneys' Eyes Only" restriction on the *Ex Parte* Notice (at Dkt 96)[1] to allow for the dissemination of its contents to their respective clients. The *Ex Parte* Notice, however, contains confidential information belonging to a third-party, not W&T. For this reason, W&T respectfully defers the Sureties' requested relief to the wisdom of this Court. However, W&T believes that if the Court permits the surety companies to become apprised of the contents of the *Ex Parte* Notice, no further reason will exist for the parties to continue treating the information in Dkt. 96 as confidential and the Court should not impose restrictions on any party. In expressing this position, W&T does not purport to make any representation on behalf of any third-party.

Respectfully submitted,

McGuireWoods LLP

/s/ *Yasser A. Madriz*
Yasser A. Madriz
***Attorney-in-Charge***
Texas State Bar No. 24037015
S.D. Texas Bar No. 39080
ymadriz@mcguirewoods.com
McGuireWoods LLP
845 Texas Ave., Suite 2400
Houston, Texas 77002
(832) 255-6361 Telephone
(832) 214-9931 Facsimile

**ATTORNEYS FOR W&T OFFSHORE, INC. AND W&T ENERGY VI, LLC**

**OF COUNSEL:**
**Jason Huebinger**
Texas State Bar No. 24065460
S.D. Texas Bar No. 1717237

---

[1] The Sureties' Motion suggests that the Court has not reviewed the *Ex Parte* Notice. (Dkt. 100 at ¶3) W&T filed the *Ex Parte* Notice under seal in response to the Court's Order (at Dkt. 91). The *Ex Parte* Notice should be available for the Court's review at Dkt. 96. If, for some reason, the document is not readily accessible to the Court for review, W&T can provide a courtesy copy upon the Court's request.

jhuebinger@mcguirewoods.com
**Miles O. Indest**
Texas State Bar No. 24101952
S.D. Texas Bar No. 3070349
mindest@mcguirewoods.com
McGuireWoods LLP
845 Texas Ave., Suite 2400
Houston, Texas 77002

and

**J. Brent Justus**
bjustus@mcguirewoods.com
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219

**Megan Lewis**
mlewis@mcguirewoods.com
McGuireWoods LLP
888 16th Street N.W., Suite 500
Washington, D.C. 20006