## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

W&T OFFSHORE, INC., AND
W&T ENERGY VI, LLC,

                Plaintiffs,

V.                                    Civil Action No. 4:24-CV-03047

ENDURANCE ASSURANCE CORPORATION,
AND LEXON INSURANCE CO.

                Defendants.

_____

U.S. SPECIALTY INSURANCE
COMPANY,

                Plaintiff,

v.                                Civil   Action   No.   4:24-CV-
04113

W&T OFFSHORE, INC., AND
W&T ENERGY VI, LLC,

                Defendants.

UNITED STATES FIRE INSURANCE
COMPANY,

                Plaintiff,

v.                                  Civil Action No. 4:24-CV-04395

W&T OFFSHORE, INC., AND
W&T ENERGY VI, LLC,

                Defendants.

_____

PENNSYLVANIA INSURANCE
COMPANY,

                Plaintiff,

v.                                  Civil Action No. 4:24-CV-04400

W&T OFFSHORE, INC.,

                Defendant.

_____

## REPLY IN SUPPORT OF
## JOINT MOTION BY THE SURETIES TO REMOVE ATTORNEY'S EYES
## <u>RESTRICTION ON EX PARTE NOTICE</u>

Defendants, Endurance Assurance Corporation and Lexon Insurance Company; Plaintiff, U.S. Specialty Insurance Company; Plaintiff, United States Fire Insurance Company; and Plaintiff, Pennsylvania Insurance Company (collectively, the "Sureties") file this joint reply in further support of their joint motion to remove the outside attorney's eyes only restriction on the *ex parte* notice (the "Motion," Dkt. 100).

The Sureties respectfully submit that the Court should grant their Motion to allow dissemination of the *ex parte* notice (Dkt. 96) to their respective clients. However, the Sureties do not seek, nor do they believe it would be appropriate at this time, for the Court to order that the information be publicly disseminated.

W&T argues that the content of the *ex parte* notice is so sensitive that even outside counsel should not access it. Yet, W&T simultaneously suggests that allowing client review by the Sureties would justify lifting all confidentiality protections. The Sureties disagree. As it stands, outside counsel for the Sureties are unable to fully advise their clients on matters that could directly impact their risk exposure and litigation strategy. This limitation should be lifted. However, dissemination should remain restricted to the Sureties and not extend further. If necessary, the Court can enter a protective order so the Sureties do not further disseminate the communication.

Two judicial officers who reviewed the *ex parte* notice have since recused themselves. In order to avoid further disruptions of this nature, the Sureties respectfully propose that the information be shared with their respective clients only—not the public at large, and not even with Magistrate Judge Palermo or Judge Hanen, unless the Court determines otherwise.

Dated: May 28, 2025                        Respectfully submitted,

**VINSON & ELKINS LLP**

*/s/ Jason M. Halper*
Jason M. Halper*
Sara E. Brauerman*
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Tel.: (212) 237-0000
Fax: (212) 237-0100
jhalper@velaw.com
sbrauerman@velaw.com

Alyx E. Eva
Texas Bar No. 24116334
Federal ID No. 3544812
Sarah Smati
Texas Bar No. 24137198
Federal ID No. 3895036
845 Texas Avenue, Suite 4700
Houston, Texas 77002-2947
Tel.: (713) 758-2060
Fax: (713) 615-5068
aeva@velaw.com
ssmati@velaw.com

*Admitted pro hac vice*

**ATTORNEYS FOR ENDURANCE
ASSURANCE CORPORATION AND
LEXON INSURANCE COMPANY**

**–and–**

**BAINS LAW PLLC**

By: */s/ Brandon K. Bains*
Brandon K. Bains — Attorney in Charge
State Bar No. 24050126
S.D. Texas Bar No. 711977
P.O. Box 1027
Aledo, TX 76098
(214) 494-8097
(214) 380-9250 (fax)
brandon@bainslaw.com

**ATTORNEY FOR U.S. SPECIALTY INSURANCE COMPANY**

**–and–**

**DRY LAW PLLC**

*/s/ Ryan D. Dry*
Ryan D. Dry
Texas Bar No. 24050532
S.D. Tex. Bar No. 618363
Steven K. Cannon
Texas Bar No. 24086997
S.D. Tex Bar No. 3356957
Dry Law, PLLC
909 18th Street
Plano, TX 75074
(972) 797-9510 Tele/Fax
rdry@drylaw.com
scannon@drylaw.com

**ATTORNEYS FOR PENNSYLVANIA INSURANCE COMPANY and UNITED STATES FIRE INSURANCE COMPANY**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 28, 2025, I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

*/s/ Jason M. Halper*
Jason M. Halper
