| | |
|---|---|
| **From:** | Michael D. Rubenstein |
| **To:** | Ryan Dry |
| **Subject:** | RE: [External Email] W&T - Lawsuits (Amynta and Applied) |
| **Date:** | Monday, November 25, 2024 4:24:28 PM |
| **Attachments:** | image002.png |
| | image003.png |

Thanks. VE would not give me a single week's extension!

**Michael D. Rubenstein**
Shareholder & Deputy General Counsel



P: 713.651.2953

---

**From:** Ryan Dry <rdry@drylaw.com>
**Sent:** Sunday, November 24, 2024 8:52 AM
**To:** Michael D. Rubenstein <mdrubenstein@liskow.com>
**Subject:** RE: [External Email] W&T - Lawsuits (Amynta and Applied)

**[EXTERNAL EMAIL]**

Michael-

I never responded, but I'm good with giving you 30 days. The only caveat is that if the Court(s) sets something sooner on the injunction, we may need something on file sooner. That said, if we continue down the path of trying to get to a settlement meeting, I don't foresee us having a hearing before then.



**Ryan Dry**
909 18th Street
Plano, Texas 75074
972.797.9511

---

**From:** Michael D. Rubenstein <mdrubenstein@liskow.com>
**Sent:** Tuesday, November 19, 2024 10:30 AM
**To:** Ryan Dry <rdry@drylaw.com>
**Cc:** Steven Beauchamp <sbeauchamp@drylaw.com>; Maheer Majid <MMajid@drylaw.com>
**Subject:** RE: W&T - Lawsuits (Amynta and Applied)

I can also agree to accept service if you will agree that our deadline to file responsive pleadings is 30 days from today.

**Michael D. Rubenstein**
Shareholder & Deputy General Counsel



P: 713.651.2953

---

**From:** Ryan Dry <rdry@drylaw.com>
**Sent:** Friday, November 15, 2024 1:03 PM
**To:** Michael D. Rubenstein <mdrubenstein@liskow.com>
**Cc:** Steven Beauchamp <sbeauchamp@drylaw.com>; Maheer Majid <MMajid@drylaw.com>
**Subject:** [External Email] W&T - Lawsuits (Amynta and Applied)

**[EXTERNAL EMAIL]**

Counsel,

Attached please find courtesy copies of complaints filed by Pennsylvania Insurance Company and United States Fire Insurance Company in the U.S. District Court for the Southern District of Texas. The undersigned represents both sureties.

The Sureties are requesting a meeting with your clients within the next seven (7) days to, among other things, discuss their indemnity obligations and potential resolutions, if possible, to avoid unnecessary attorneys' fees.

To the extent that your clients are unable or unwilling to meet, please advise whether you are authorized and willing to accept service on their behalf.

Your prompt attention to this matter is appreciated. We look forward to hearing from you.



**Ryan Dry**
909 18th Street
Plano, Texas 75074
972.797.9511

Case 4:24-cv-03047    Document 155-1    Filed on 09/04/25 in TXSD    Page 3 of 3