Case 4:24-cv-03047   Document 162   Filed on 09/15/25 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
September 15, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **W&T OFFSHORE, INC., AND W&T ENERGY VI, LLC,** | § § § § § | |
| v. | § § | LEAD CASE NO. 4:24-cv-3047 CONSOLIDATED ACTION |
| **ENDURANCE ASSURANCE CORPORATION and LEXON INSURANCE CO., et al.** | § § § § § | |

## DOCKET CONTROL ORDER

Anticipated Length of Trial: <u>10</u> Days        Jury: <u> X </u>   Non-Jury: _____

The disposition of this case will be controlled by the following schedule:[1]

1. (a) **NEW PARTIES** shall be joined by:
The attorney causing the addition of new parties must
provide copies of this Order to new parties.            <u>N/A</u>

    (b) **AMENDMENTS to PLEADINGS** by Plaintiff or
Counter-Plaintiff shall be filed by:                    <u>N/A</u>[2]

2. **INITIAL DISCLOSURES** shall be served or amended by:     <u>6/30/25</u>

3. **FACT DISCOVERY** must be completed by:                   <u>2/27/26</u>

    Document Productions Must Be Substantially Completed By   <u>11/21/25</u>

    Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

---

[1] The parties have agreed to work cooperatively to propose reasonable extensions to the discovery schedule to the extent necessary as the litigation progresses.

[2] This docket control order is not intended to preclude plaintiff's ability to file a motion to amend the complaint under the Federal Rules or orders of this Court. Defendants reserve all rights to oppose such amendment on any and all grounds.

1

4. **EXPERT WITNESSES for PLAINTIFF/COUNTER-PLAINTIFF** shall be identified and a report shall be filed listing the qualifications of each expert, each opinion that the expert will present, and the basis for each opinion. DUE DATE:   4/9/26

5. **EXPERT WITNESSES for DEFENDANT/COUNTER-DEFENDANT** shall be identified and a report shall be filed listing the qualifications of each expert, each opinion that the expert will present, and the basis for each opinion. DUE DATE:   5/7/26

   5a. **REBUTTAL[3] OPINIONS FROM EXISTING EXPERTS** DUE DATE:   6/4/26

   5b. **EXPERT DISCOVERY/DEPOSITIONS** must be completed by DUE DATE:   6/26/26

6. **MEDIATION/ADR:**
   ___Required   ____ Strongly Suggested
   _X_Parties' Option

   **ADR TO BE COMPLETED BY:**   7/3/26

7. **DISPOSITIVE MOTIONS** will be filed by:   7/3/26

8. **ALL OTHER PRETRIAL MOTIONS** (including *Daubert/Kumho* Motions, but *not* including other motions in limine) will be filed by:   7/31/26

9. **JOINT PRETRIAL ORDER** will be filed by:   1/8/2027
   Plaintiff is responsible for timely filing the complete Joint Pretrial Order in the form set forth in the published Court's Procedures.

10. **PRETRIAL CONFERENCE:** is set for **1:30 pm** on **2/8/2027**

11. **TRIAL** is set for **9:00 am** on the case will remain on standby until tried   **2/22/2027**

September 15, 2025
**Date**

*Dena Palermo*
**DENA HANOVICE PALERMO**
**UNITED STATES MAGISTRATE JUDGE**

---

[3] Rebuttal expert reports should be limited to new opinions in the Defendant/Counter-Defendant reports.

Agreed:

| | |
|---|---|
| 9/10/2025<br>_____<br>Date | /s/ Yasser A. Madriz<br>_____<br>Counsel for Plaintiffs W&T Offshore, Inc. & W&T Energy VI, LLC |
| 9/10/2025<br>_____<br>Date | /s/ Jason Halper<br>_____<br>Counsel for Defendants Endurance Assurance Corp. & Lexon Insurance Co. |
| 9/10/2025<br>_____<br>Date | /s/ Ryan Dry<br>_____<br>Counsel for Defendants Pennsylvania Insurance Company & United States Fire Insurance Company |