United States District Court
Southern District of Texas
**ENTERED**
October 09, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| W&T OFFSHORE, INC. and W&T ENERGY VI, LLC, § § § | |
| v. § | Lead Case No. 4:24-cv-3047 Consolidated Action |
| § § | |
| ENDURANCE ASSURANCE CORPORATION and LEXON INSURANCE, CO., *et al.*, § § § § | |

# ORDER

Before the Court is Plaintiffs' motion to quash Defendant U.S. Fire Insurance Company's non-party subpoena to Ernst & Young, LLP. ECF No. 169. Defendant U.S. Fire Insurance shall file a response by the close of business on October 10, 2025. The response shall cite applicable authority and not exceed three (3) pages.

The Court sets Plaintiffs' motion for an in-person hearing on Tuesday, October 14, 2025, at 2 p.m. in Courtroom 702. Counsel for Plaintiff, U.S. Fire Insurance, and Ernst &Young are required to appear in court. Counsel shall notify Ernst & Young of the hearing.

Because counsel continues to violate the Court's Procedures and the Local Rules, the Court **ORDERS** all counsel to review both the Court's Procedures and Local Rules, studying the procedures related to discovery motions and conferences. Any further motions in violation of the Court's procedures will be stricken.

**IT IS SO ORDERED.**

Signed at Houston, Texas, on October 9, 2025.

_____
**Dena Hanovice Palermo**
**United States Magistrate Judge**