# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| W&T OFFSHORE, INC., AND W&T ENERGY VI, LLC, | | |
| | Plaintiffs, | |
| v. | | Civil Action No. 4:24-CV-03047 |
| ENDURANCE ASSURANCE CORPORATION AND LEXON INSURANCE CO., | | |
| | Defendants. | |
| U.S. SPECIALTY INSURANCE COMPANY, | | |
| | Plaintiff, | |
| v. | | Civil Action No. 4:24-CV-04113 |
| W&T OFFSHORE, INC., AND W&T ENERGY VI, LLC, | | |
| | Defendants. | |
| UNITED STATE FIRE INSURANCE COMPANY, | | |
| | Plaintiff, | |
| v. | | Civil Action No. 4:24-CV-04395 |
| W&T OFFSHORE, INC., AND W&T ENERGY VI, LLC, | | |
| | Defendants. | |
| PENNSYLVANIA INSURANCE COMPANY, | | |
| | Plaintiff, | |
| v. | | Civil Action No. 4:24-CV-04400 |
| W&T OFFSHORE, INC., | | |
| | Defendant. | |

## UNITED STATES FIRE INSURANCE COMPANY'S UNOPPOSED MOTION FOR CONTINUANCE

Defendant, United States Fire Insurance Company ("US Fire" and/or "Surety") files this Unopposed Motion for Continuance in response to the Court's Order dated October 9, 2025 ("Order") [Dkt. 170] scheduling an in-person hearing on W&T Offshore, Inc.'s and W&T Energy VI, LLC's (collectively, "W&T") Motion to Quash USFIC's Non-Party Subpoena to Ernst &

Young, LLP or, alternatively, for a Protective Order ("Motion to Quash") [Dkt. 169] on October 14, 2025 at 2:00 p.m. and respectfully states:

1.      The two attorneys of record for US Fire, Ryan Dry, the lead attorney, and Steven Cannon are currently out of the office at industry conferences (ABA Fall Fidelity Conference in Chicago and National Bond Claims Association meeting in Carlsbad, respectively). Further, both are unavailable on October 14, 2025 to attend an in-person hearing. Mr. Dry is out of office for his children's fall break, and Mr. Cannon is scheduled to appear for a court-ordered settlement conference in the District of New Mexico on October 14, 2025.

4.      As of this filing, Ernst & Young ("EY"), the subpoenaed non-party, is unopposed to the continuance requested herein. Further, W&T does not oppose the continuance requested herein, given U.S. Fire's agreement to refrain from executing its subpoena to EY until after the Court rules on W&T's Motion to Quash.

5.      In short, US Fire does not have adequate time to prepare its response to the Motion to Quash [Dkt. 169] and attend the hearing scheduled on October 14, 2025 prepared to address and help the Court understand both the propriety and relevance of its subpoena to EY. Under these circumstances, US Fire submits there is good cause for this Court to grant a brief continuance – perhaps, until October 16, 2025 at the status conference – of the hearing on the Motion to Quash to ensure US Fire a fair opportunity to appear and respond to the issues raised by W&T in its Motion to Quash [Dkt. 169].

6.      This motion is made in good faith and not for purposes of delay. A short continuance will not prejudice any party and will allow all counsel to meaningfully participate in the hearing.

Respectfully submitted this 10th day of October, 2025.

/s/ Ryan D. Dry
Ryan D. Dry
Texas Bar No. 24050532
S.D. Tex. Bar No. 618363
Steven K. Cannon
Texas Bar No. 24086997
S.D. Tex Bar No. 3356957
**DRY LAW, PLLC**
909 18th Street
Plano, TX 75074
(972) 797-9510 Tele/Fax
rdry@drylaw.com
scannon@drylaw.com

*ATTORNEYS FOR UNITED STATES FIRE INSURANCE COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 10, 2025, a true and correct copy of the foregoing document was filed and served by the Electronic Case Filing System for the United States District Court for the Southern District of Texas on those parties registered to receive electronic notice.

/s/ Ryan D. Dry
Ryan D. Dry

## CERTIFICATE OF CONFERENCE

Pursuant to LR7.1, the undersigned counsel for United States Fire Insurance Company conferred with counsel for Plaintiff. Ernst & Young LLP, Counsel for W&T, and Counsel for Sompo have confirmed they are unopposed to the relief requested.

/s/ Ryan D. Dry
Ryan D. Dry