United States District Court
Southern District of Texas
**ENTERED**
October 15, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| W&T Offshore, Inc., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CIVIL NO. 4:24-CV-03047 |
| | § | |
| Endurance Assurance Corporation, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## AMENDED ORDER

A Status Conference and Motion hearing shall take place before:

Judge Dena Hanovice Palermo

Thursday, October 16, 2025 at 1:00 PM.

in Courtroom 702 (7th Floor)

United States Courthouse

515 Rusk Street

Houston, TX 77002

Each party must appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client. Counsel are to consult among themselves well in advance and exchange relevant documents in the case.

Signed on October 15, 2025, at Houston, Texas.

*Dena Palermo*

Dena Hanovice Palermo
United States Magistrate Judge