# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| W&T OFFSHORE, INC., AND W&T ENERGY VI, LLC, <br><br> v. <br><br> ENDURANCE ASSURANCE CORPORATION, AND LEXON INSURANCE CO., *ET AL.* | § § § § § § § § § § |

LEAD CASE NO. 4:24-CV-3047
CONSOLIDATED ACTION

## W&T'S NOTICE OF ISSUANCE OF
## SUBPOENAS TO PRODUCE DOCUMENTS

Plaintiffs W&T Offshore, Inc. and W&T Energy VI, LLC (collectively, "W&T"), by and through its undersigned counsel and pursuant to Rule 45 of the Federal Rules of Civil Procedure, hereby give notice that W&T will issue a *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action* to each entity listed in the table below. The subpoenas for each entity are attached as **Exhibits 1–18** and will be served for the production of documents on or before January 12, 2026.

| Entity Name | Exhibit # for Subpoena |
|---|---|
| ARB Energy, LLC | 1 |
| Arena Energy, LLC | 2 |
| Beacon Offshore Energy LLC | 3 |
| California Resources Corporation | 4 |

1

| | |
|---|---|
| DP Louisiana LLC | 5 |
| EagleRidge Energy, LLC | 6 |
| Forexco, Inc. | 7 |
| HGResources One, LLC | 8 |
| High River Resources, LLC | 9 |
| Kosmos Energy Ltd. | 10 |
| KUSA Inc. | 11 |
| Murphy Oil Corporation | 12 |
| Nitro Oil & Gas, LLC | 13 |
| Peregrine Oil & Gas, L.P. | 14 |
| Presidio Petroleum LLC | 15 |
| Sanare Energy Partners, LLC | 16 |
| Talos Energy Inc. | 17 |
| Texas Petroleum Investment Company | 18 |

Dated:  December 12, 2025

Respectfully submitted,

McGuireWoods LLP

*/s/ Yasser A. Madriz*
Yasser A. Madriz
***Attorney-in-Charge***
Texas State Bar No. 24037015
S.D. Texas Bar No. 39080
ymadriz@mcguirewoods.com
McGuireWoods LLP
845 Texas Ave., Suite 2400

Houston, Texas 77002
(832) 255-6361 Telephone
(832) 214-9931 Facsimile

**ATTORNEYS FOR**
**W&T OFFSHORE, INC. AND**
**W&T ENERGY VI, LLC**

**OF COUNSEL:**
**Jason Huebinger**
Texas State Bar No. 24065460
S.D. Texas Bar No. 1717237
jhuebinger@mcguirewoods.com
**Miles O. Indest**
Texas State Bar No. 24101952
S.D. Texas Bar No. 3070349
mindest@mcguirewoods.com
McGuireWoods LLP
845 Texas Ave., Suite 2400
Houston, Texas 77002

and

**J. Brent Justus**
*Admitted Pro Hac Vice*
bjustus@mcguirewoods.com
**Nicholas Giles**
*Admitted Pro Hac Vice*
ngiles@mcguirewoods.com
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219

**Megan Lewis**
*Admitted Pro Hac Vice*
mlewis@mcguirewoods.com
McGuireWoods LLP
888 16th Street N.W., Suite 500
Washington, D.C. 20006

3

**Marc Tabolsky**
Texas State Bar No. 24037576
S.D. Texas Bar No. 37154
mtabolsky@hicksjohnson.com
Hicks Johnson PLLC
1550 Lamar Street
Suite 1900
Houston, TX 77010
713-357-5150

4

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2025, Plaintiffs filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

/s/ *Nicholas Giles*
Nicholas Giles