## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| W&T OFFSHORE, INC., AND<br>W&T ENERGY VI, LLC,<br><br>V.<br><br>ENDURANCE ASSURANCE<br>CORPORATION, AND LEXON<br>INSURANCE CO., *ET AL.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | LEAD CASE NO. 4:24-CV-3047<br>CONSOLIDATED ACTION |

---

## W&T'S NOTICE OF ISSUANCE OF
## SUBPOENAS TO PRODUCE DOCUMENTS

Plaintiffs W&T Offshore, Inc. and W&T Energy VI, LLC (collectively, "W&T"), by and through its undersigned counsel and pursuant to Rule 45 of the Federal Rules of Civil Procedure, hereby give notice that W&T will issue a *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action* to each entity listed in the table below. The subpoenas for each entity are attached as **Exhibits 1–9** and will be served for the production of documents on or before January 15, 2026.

| Entity Name | Exhibit # for Subpoena |
|---|---|
| Crescent Energy Company | 1 |
| Gran Tierra Energy Inc. | 2 |
| Northern Oil and Gas Inc. | 3 |

| | |
|---|---|
| Permian Resources Corporation | 4 |
| Riley Exploration Permian, Inc. | 5 |
| Ring Energy, Inc. | 6 |
| SandRidge Energy, Inc. | 7 |
| The Williams Companies, Inc. | 8 |
| Vital Energy Inc. | 9 |

Dated:  December 16, 2025

Respectfully submitted,

McGuireWoods LLP

*/s/ Yasser A. Madriz*
Yasser A. Madriz
***Attorney-in-Charge***
Texas State Bar No. 24037015
S.D. Texas Bar No. 39080
ymadriz@mcguirewoods.com
McGuireWoods LLP
845 Texas Ave., Suite 2400
Houston, Texas 77002
(832) 255-6361 Telephone
(832) 214-9931 Facsimile

**ATTORNEYS FOR
W&T OFFSHORE, INC. AND
W&T ENERGY VI, LLC**

**OF COUNSEL:**
**Jason Huebinger**
Texas State Bar No. 24065460
S.D. Texas Bar No. 1717237
jhuebinger@mcguirewoods.com

2

**Miles O. Indest**
Texas State Bar No. 24101952
S.D. Texas Bar No. 3070349
mindest@mcguirewoods.com
McGuireWoods LLP
845 Texas Ave., Suite 2400
Houston, Texas 77002

and

**J. Brent Justus**
*Admitted Pro Hac Vice*
bjustus@mcguirewoods.com
**Nicholas Giles**
*Admitted Pro Hac Vice*
ngiles@mcguirewoods.com
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219

**Megan Lewis**
*Admitted Pro Hac Vice*
mlewis@mcguirewoods.com
McGuireWoods LLP
888 16th Street N.W., Suite 500
Washington, D.C. 20006

**Marc Tabolsky**
Texas State Bar No. 24037576
S.D. Texas Bar No. 37154
mtabolsky@hicksjohnson.com
Hicks Johnson PLLC
1550 Lamar Street
Suite 1900
Houston, TX 77010
713-357-5150

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2025, Plaintiffs filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

<em><u>/s/ Nicholas Giles</u></em><br>Nicholas Giles