UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| W&T OFFSHORE, INC. and<br>W&T ENERGY VI, LLC, | § <br> § <br> § | |
| v. | § <br> § | Lead Case No. 4:24-cv-3047<br>Consolidated Action |
| ENDURANCE ASSURANCE<br>CORPORATION and LEXON<br>INSURANCE, CO., *et al.*, | § <br> § <br> § <br> § | |

**ORDER**

Pending before the Court is Lexon's letter motion seeking protection from Plaintiff's 67 third party subpoenas. ECF No. 238. Plaintiff filed a response and requests a postponement of the hearing until January 13, 2026 for medical reasons. All parties have indicated they are available on January 13. Accordingly, the discovery hearing previously set for today shall take place on January 13, 2026, at 3:00 p.m. in Courtroom 702, United States Courthouse, 515 Rusk Street, Houston, Texas 77002.

Further, the execution of all 67 subpoenas shall be **STAYED** until the discovery hearing on Lexon's motion for protection.

**IT IS SO ORDERED.**

Signed in Houston, Texas, on January 6, 2026.

_____
**Dena Hanovice Palermo**
**United States Magistrate Judge**