IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| W&T OFFSHORE, INC., AND<br>W&T ENERGY VI, LLC,<br><br>V.<br><br>ENDURANCE ASSURANCE<br>CORPORATION, AND LEXON<br>INSURANCE CO., *ET AL*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | LEAD CASE NO. 4:24-CV-3047<br>CONSOLIDATED ACTION |

## W&T's UNOPPOSED MOTION FOR ENTRY OF AMENDED PROTECTIVE ORDER

Pursuant to the Federal Rules of Civil Procedure, the Local Rules of this Court, and this Court's prior orders, Plaintiffs W&T Offshore, Inc. and W&T Energy VI, LLC (collectively, "W&T"), hereby move the Court to enter the proposed Amended Protective Order attached as Exhibit A. As required by Local Rule 7.1(D), W&T has conferred with counsel for all Defendants, and this motion is unopposed.

## MEMO IN SUPPORT

On October 9, 2025, the Court entered the current Protective Order, ECF 168, which was agreed to by all parties. Counsel have continued to confer in an effort to reach compromise, and at this time, W&T moves the Court to enter the agreed-upon Amended Protective Order, which amends the existing "Highly Confidential" designation to create an additional designation of "Highly Confidential – Outside Counsel Only" for competitively sensitive information. The Amended Protective Order

also adds clarifying language in paragraph 18 and other sections to make clear that the protections apply with equal force to documents produced by non-parties in connection with this litigation. Pursuant to Fed. R. Civ. P. 26(c), W&T submits that there is good cause for the Court to enter the Amended Protective Order.

## **CONCLUSION**

For the foregoing reasons, W&T respectfully requests that the Court grant W&T's Unopposed Motion for Entry of Amended Protective Order.

Respectfully submitted,

McGuireWoods LLP

/s/ Megan S. Lewis
Megan S. Lewis
*Admitted Pro Hac Vice*
mlewis@mcguirewoods.com
888 16th Street N.W., Suite 500
Washington, DC 20006
(202) 857-1716 Telephone
(202) 857-1737 Facsimile

Yasser A. Madriz
***Attorney-in-Charge***
Texas State Bar No. 24037015
S.D. Texas Bar No. 39080
ymadriz@mcguirewoods.com
845 Texas Ave., Suite 2400
Houston, Texas 77002
(832) 255-6361 Telephone
(832) 214-9931 Facsimile

**ATTORNEYS FOR W&T OFFSHORE, INC. AND W&T ENERGY VI, LLC**

**OF COUNSEL:**

**Jason Huebinger**
Texas State Bar No. 24065460
S.D. Texas Bar No. 1717237
jhuebinger@mcguirewoods.com
**Miles O. Indest**
Texas State Bar No. 24101952
S.D. Texas Bar No. 3070349
mindest@mcguirewoods.com
McGuireWoods LLP
845 Texas Ave., Suite 2400
Houston, Texas 77002

and

**J. Brent Justus**
bjustus@mcguirewoods.com
**Nicholas J. Giles**
ngiles@mcguirewoods.com
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219

## CERTIFICATE OF CONFERENCE

    I hereby certify that on February 4 and 11, 2026, counsel for W&T conferred with counsel for the Defendants on the relief sought by this motion, and by follow up email confirmation, they are unopposed.

                                                  */s/ Megan S. Lewis*
                                                  Megan S. Lewis

## CERTIFICATE OF SERVICE

    I hereby certify that on February 13, 2026, Plaintiffs filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

                                                  */s/ Megan S. Lewis*
                                                  Megan S. Lewis