United States District Court
Southern District of Texas

**ENTERED**

March 19, 2026

Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| W&T OFFSHORE, INC., AND W&T ENERGY VI, LLC, <br><br> *Plaintiffs,* <br> VS. <br><br> ENDURANCE ASSURANCE CORPORATION AND LEXON INSURANCE COMPANY, *et al.,* <br><br> *Defendants.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 4:24-cv-3047 |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before this Court in the above-referenced proceeding is Defendants U.S. Fire Insurance Co. and Pennsylvania Insurance Co.'s (collectively, "the Sureties") motions for preliminary injunction (Doc. Nos. 93, 94); Magistrate Judge Palermo's Report and Recommendation (Doc. No. 140) that the Court deny the Sureties' motions for preliminary injunction; the Sureties' Joint Objections (Doc. No. 143) to the Report and Recommendation; the Plaintiffs' response in opposition (Doc. No. 144); and the Sureties' joint reply (Doc. No. 148).

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusion that the Sureties have not carried their burden to establish their entitlement to a preliminary injunction. Accordingly, it is hereby

**ORDERED** that the Sureties' Joint Objections (Doc. No. 143) are **OVERRULED**; the Report and Recommendation (Doc. No. 140) is **ADOPTED**; and the Sureties' motions for preliminary injunction (Doc. Nos. 93, 94) are **DENIED**.

It is so ordered.

Signed on this the ___17th___ day of March, 2026.

_____

Andrew S. Hanen
United States District Judge

2