# EXHIBIT A

# W&T DCO Proposal (Clean and Redline)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| **W&T OFFSHORE, INC., AND**<br>**W&T ENERGY VI, LLC,** | § <br> § <br> § <br> § <br> § | |
| **v.** | § <br> § <br> § | **LEAD CASE NO. 4:24-cv-3047**<br>**CONSOLIDATED ACTION** |
| **ENDURANCE ASSURANCE**<br>**CORPORATION and LEXON**<br>**INSURANCE CO., et al.** | § <br> § <br> § <br> § <br> § | |

## [PROPOSED] SECOND AMENDED DOCKET CONTROL ORDER

Anticipated Length of Trial:  10 Days          Jury:__X___  Non-Jury:_____

The disposition of this case will be controlled by the following schedule:[1]

1.      (a) **NEW PARTIES** shall be joined only by a showing of good cause
             pursuant to Fed. R. Civ. P. 16(b).
       The attorney causing the addition of new parties must
       provide copies of this Order to new parties.

       (b) **AMENDMENTS to PLEADINGS** by Plaintiff or
             Counter-Plaintiff shall be granted only by a showing of good cause
             pursuant to Fed. R. Civ. P. 16(b).

2.   **INITIAL DISCLOSURES** shall be served or amended by:        6/30/26

3.   **FACT DISCOVERY** must be completed by:                      1/22/27

     Document productions must be substantially completed by:      10/16/26

     All requests for production must be served by:                8/21/26

     All non-party subpoenas must be served by:                    11/20/26

---

[1] The parties have agreed to work cooperatively to propose reasonable extensions to the discovery schedule to the extent necessary as the litigation progresses.

1

All interrogatories and requests for admission not pertaining to authenticity or admissibility of documents must be served by: 9/25/26                                                                 11/20/26

All discovery-related motions will be filed by:                          11/20/26

All oppositions to discovery-related motions will be filed by:           12/4/26

All replies in support of discovery-related motions will be filed by:                                                                    12/11/26

Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

4.  **EXPERT WITNESSES for PLAINTIFF/COUNTER-PLAINTIFF** shall be identified and a report shall be filed listing the qualifications of each expert, each opinion that the expert will present, and the basis for each opinion. DUE DATE:          2/19/27

5.  **EXPERT WITNESSES for DEFENDANT/COUNTER-DEFENDANT** shall be identified and a report shall be filed listing the qualifications of each expert, each opinion that the expert will present, and the basis for each opinion. DUE DATE:          3/19/27

    **5a. REBUTTAL[2] OPINIONS FROM EXISTING EXPERTS** DUE DATE:                                                          4/16/27

    **5b. EXPERT DISCOVERY/DEPOSITIONS must be completed by** DUE DATE:                                      5/21/27

6.  **MEDIATION/ADR:**
    ___Required  _____ Strongly Suggested
    _X_Parties' Option

    **ADR TO BE COMPLETED BY:**                                 6/4/27

7.  **DISPOSITIVE MOTIONS** will be filed by:                6/4/27

    **7a. OPPOSITIONS TO DISPOSITIVE MOTIONS** will be filed by:                                                          6/25/27

    **7b. REPLIES IN SUPPORT OF DISPOSITIVE MOTIONS** will be filed by:                                              7/9/27

8.  **ALL OTHER PRETRIAL MOTIONS** (including

---

[2] Rebuttal expert reports should be limited to new opinions in the Defendant/Counter-Defendant reports.

*Daubert/Kumho* Motions, but *not* including other motions in limine) will be filed by:                          7/23/27

**8a. OPPOSITIONS TO PRETRIAL MOTIONS** will be filed by:                                                        8/13/27

**8b. REPLIES IN SUPPORT OF PRETRIAL MOTIONS** will be filed by:                                                 8/27/27

9.  **JOINT PRETRIAL ORDER** will be filed by:          9/17/27
    Plaintiff is responsible for timely filing the complete Joint Pretrial Order in the form set forth in the published Court's Procedures.

10. **PRETRIAL CONFERENCE:** is set for **1:30 pm** on          10/1/27

11. **TRIAL** is set for **9:00 am** on                        11/1/27

The Case will remain on standby until tried.

_____          _____
**Date**                              **DENA HANOVICE PALERMO**
                                      **UNITED STATES MAGISTRATE JUDGE**

Agreed:

_____          _____
Date                      Counsel for Plaintiffs W&T Offshore, Inc.
                          & W&T Energy VI, LLC

_____          _____
Date                      Counsel for Defendants Endurance
                          Assurance Corp. & Lexon Insurance Co.

_____          _____
Date                      Counsel for Defendants Pennsylvania
                          Insurance Company & United States Fire
                          Insurance Company

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **W&T OFFSHORE, INC., AND W&T ENERGY VI, LLC,** | § § § § § § | |
| **v.** | § § | **LEAD CASE NO. 4:24-cv-3047 CONSOLIDATED ACTION** |
| **ENDURANCE ASSURANCE CORPORATION and LEXON INSURANCE CO., et al.** | § § § § § | |

**[PROPOSED] SECOND AMENDED DOCKET CONTROL ORDER**

Anticipated Length of Trial:  10 Days          Jury:__X___  Non-Jury:_____

The disposition of this case will be controlled by the following schedule:[1]

1.   (a) **NEW PARTIES** shall be joined ~~only~~ by a showing of good cause pursuant to Fed. R. Civ. P. 16(b).~~:~~ The attorney causing the addition of new parties must provide copies of this Order to new parties.                    ~~N/A~~

      (b) **AMENDMENTS to PLEADINGS** by Plaintiff or Counter-Plaintiff shall be granted only by a showing of good cause pursuant to Fed. R. Civ. P. 16(b).~~filed by:~~                    ~~N/A~~

2.   **INITIAL DISCLOSURES** shall be served or amended by:        6/30/26

3.   **FACT DISCOVERY** must be completed by:        1/22/27 ~~11/20/26~~~~2/19/27~~

     Document ~~P~~productions ~~M~~must ~~B~~be ~~S~~substantially ~~C~~completed ~~B~~by: 10/16/26 ~~9/18~~~~11/20/26~~

     All requests for production must be served by:        8/21/26 ~~7/20/26~~

---

[1] The parties have agreed to work cooperatively to propose reasonable extensions to the discovery schedule to the extent necessary as the litigation progresses.

1

All non-party subpoenas must be served by:                    11/20/26 ~~9/25/26~~

All interrogatories and requests for admission not pertaining to authenticity or admissibility of documents must be served by:  11/20/26 ~~9/25/26~~

All discovery-related motions will be filed by:                    11/20/26 ~~9/25/26~~

All oppositions to discovery-related motions will be filed by:      12/4/26 ~~10/9/26~~

All replies in support of discovery-related motions will be filed by:                    12/11/26~~10/23/26~~

Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

4.  **EXPERT WITNESSES for PLAINTIFF/COUNTER-PLAINTIFF** shall be identified and a report shall be filed listing the qualifications of each expert, each opinion that the expert will present, and the basis for each opinion. DUE DATE:      2/19/27 ~~1/15~~~~4/13/27~~

5.  **EXPERT WITNESSES for DEFENDANT/COUNTER-DEFENDANT** shall be identified and a report shall be filed listing the qualifications of each expert, each opinion that the expert will present, and the basis for each opinion. DUE DATE:       3/19/27 ~~2/12~~~~5/13/27~~

   5a. **REBUTTAL[2] OPINIONS FROM EXISTING EXPERTS** DUE DATE:                    4/16/27 ~~3/5~~~~6/3/27~~

   5b. **EXPERT DISCOVERY/DEPOSITIONS must be completed by** DUE DATE:                    5/21/27 ~~4/26/17/27~~

6.  **MEDIATION/ADR:** ___Required  ____ Strongly Suggested

---

[2] Rebuttal expert reports should be limited to new opinions in the Defendant/Counter-Defendant reports.

_X_ Parties' Option

**ADR TO BE COMPLETED BY:**                                  6/4/27
~~4/167/15/27~~

7.  **DISPOSITIVE MOTIONS** will be filed by:                 6/4/27
    ~~4/167/15/27~~

    **7a. OPPOSITIONS TO DISPOSITIVE MOTIONS** will be
    filed by:                                                 6/25/27
    ~~5/14/27~~

    **7b. REPLIES IN SUPPORT OF DISPOSITIVE MOTIONS**
    will be filed by:                                         7/9/27
    ~~6/11/27~~

8.  **ALL OTHER PRETRIAL MOTIONS** (including
    *Daubert/Kumho* Motions, but *not* including other
    motions in limine) will be filed by:                      7/23/27
    ~~6/25/27~~

    **8a. OPPOSITIONS TO PRETRIAL MOTIONS** will be
    filed by:                                     8/13/27      ~~7/9/27~~

    **8b. REPLIES IN SUPPORT OF PRETRIAL MOTIONS**
    will be filed by:                                         8/27/27
    ~~7/23/27~~

9.  **JOINT PRETRIAL ORDER** will be filed by:               9/17/27
    ~~8/610/11/27~~
    Plaintiff is responsible for timely filing the complete Joint Pretrial
    Order in the form set forth in the published Court's Procedures.

10. **PRETRIAL CONFERENCE:** is set for **1:30 pm** on        10/1/27
    ~~8/1611/15/2027~~

11. **TRIAL** is set for **9:00 am** on        11/1/27
    ~~10/11/271/10/28~~


The Case will remain on standby until tried.


_____          _____
**Date**                                         **DENA HANOVICE PALERMO**
                                         **UNITED STATES MAGISTRATE JUDGE**

Agreed:

_____
Date

_____
Counsel for Plaintiffs W&T Offshore, Inc.
& W&T Energy VI, LLC

_____
Date

_____
Counsel for Defendants Endurance
Assurance Corp. & Lexon Insurance Co.

_____
Date

_____
Counsel for Defendants Pennsylvania
Insurance Company & United States Fire
Insurance Company

4