# EXHIBIT B

# Defendant DCO Proposal Chart

| | W&T Initial Proposal | Lexon Initial Proposal | W&T Counterproposal | Lexon Counterproposal |
|---|---|---|---|---|
| **Deadline to Amend/Add New Parties** | N/A | For Good Cause | For Good Cause | For Good Cause |
| | | | | |
| **Initial Disclosures** | 6/30/2026 | 6/30/2026 | 6/30/2026 | 6/30/2026 |
| | | | | |
| **Fact Discovery** | | | | |
| Complete By | 2/19/2027 | 11/20/2026 | 1/22/2027 | 12/18/2026 |
| Substantial Completion of Document Productions | 11/20/2026 | 9/18/2026 | 10/16/2026 | 10/16/2026 |
| Party RFPs | | 7/20/2026 | 8/21/2026 | 8/21/2026 |
| Non-Party Subpoenas | | 9/25/2026 | 11/20/2026 | 10/23/2026 |
| Non-Authenticity RFAs and Rogs | | 9/25/2026 | 11/20/2026 | 10/23/2026 |
| Discovery Related Motions | | 9/25/2026 | 11/20/2026 | 10/30/2026 |
| Oppositions to Discovery Related Motions | | 10/9/2026 | 12/4/2026 | 11/6/2026 |
| Replies to Discovery Related Motions | | 10/23/2026 | 12/11/2026 | 11/13/2026 |
| | | | | |
| **Experts** | | | | |
| Plaintiff/Counter-Plaintiff Reports | 4/13/2027 | 1/15/2027 | 2/19/2027 | 1/29/2027 |
| Defendant/Counter-Defendant Reports | 5/13/2027 | 2/12/2027 | 3/19/2027 | 2/26/2027 |
| Rebuttal Reports | 6/3/2027 | 3/5/2027 | 4/16/2027 | 3/26/2027 |
| Expert Depos | 6/17/2027 | 4/2/2027 | 5/21/2027 | 4/23/2027 |
| | | | | |
| **ADR Completion** | 7/15/2027 | 4/16/2027 | 6/4/2027 | 5/7/2027 |
| | | | | |

**Commented [A1]:** Lexon believes the parties are better suited closing fact discovery prior to the holiday season, especially to avoid depositions in the first few weeks of 2027

**Commented [A2]:** These interim deadlines are intended to keep W&T's same cadence with the earlier proposed fact discovery completion. Lexon remains committed to negotiating these deadlines in good faith if W&T has concerns

**Commented [A3]:** These deadlines are intended to keep the same cadence anticipated by both parties (i.e., a month between reports) while moving the deadline up to account for an earlier fact discovery completion and to not penalize opening reports due to the holiday season

**Commented [A4]:** Lexon believes the parties could work in good faith to move this deadline up, but believes four weeks is sufficient to schedule expert depositions

| **Dispositive Motions** | | | | |
|---|---|---|---|---|
| Motion | 7/15/2027 | 4/16/2027 | 6/4/2027 | 5/7/2027 |
| Opposition | | 5/14/2027 | 6/25/2027 | 6/4/2027 |
| Reply | | 6/11/2027 | 7/9/2027 | 7/2/2027 |
| | | | | |
| **Pretrial Motions** | | | | |
| Motion | 8/12/2027 | 6/25/2027 | 7/23/2027 | 7/23/2027 |
| Opposition | | 7/9/2027 | 8/13/2027 | 8/13/2027 |
| Reply | | 7/23/2027 | 8/27/2027 | 8/27/2027 |
| | | | | |
| **Joint Pretrial Order** | 10/11/2027 | 8/6/2027 | 9/17/2027 | 9/17/2027 |
| | | | | |
| **Pretrial Conference** | 11/15/2027 | 8/16/2027 | 10/1/2027 | 10/1/2027 |
| | | | | |
| **Trial** | 1/10/2028 | 10/11/2027 | 11/1/2027 | 30 Days After a Decision on Dispositive Motions and No Later Than 1/18/2028 |

**Commented [A5]:** Lexon proposes these deadlines given the complexity of issues and surrounding holidays