**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| W&T OFFSHORE, INC., AND W&T ENERGY VI, LLC, | ) ) ) | |
| *Plaintiffs*, | ) ) | **CIVIL ACTION NO. 4:24-CV-3047** |
| v. | ) ) ) | |
| ENDURANCE ASSURANCE CORPORATION, LEXON INSURANCE COMPANY, PENNSYLVANIA INSURANCE COMPANY, UNITED STATES FIRE INSURANCE COMPANY, APPLIED SURETY UNDERWRITERS LLC, AMYNTA HOLDINGS LLC D/B/A AMYNTA SURETY SOLUTIONS, AND INDEMCO, LP | ) ) ) ) ) ) ) ) ) ) | |
| *Defendants*. | ) | |

_____

## ENTRY OF APPEARANCE

Norma N. Bennett of Shook, Hardy & Bacon L.L.P. enters her appearance as Counsel of record for Defendant Acrisure, LLC d/b/a IndemCo.[1]  Defendant makes this limited appearance solely to obtain access to the currently sealed Second Amended Complaint and for the purpose of requesting an extension of time to file its responsive pleading. This appearance is made subject to and without waiver of any defenses and rights available to it, including but not limited to lack of

---

[1] Plaintiff improperly named "IndemCo LP" in the Second Amended Complaint, which is not the correct entity. Acrisure, LLC d/b/a IndemCo responds on behalf of the improperly named predecessor entity Legacy 777 LP f/k/a IndemCo LP.  Defendant reserves all rights with respect to any issues relating to identification or service of the proper party.

personal jurisdiction, insufficiency of process, insufficiency of service of process, or any other defenses available under the Federal Rules of Civil Procedure, all of which are expressly reserved.

Dated: June 2, 2026

/s/ Norma N. Bennett
Norma N. Bennett
Texas Bar No. 24028492
SDTX Bar No. 27123
**SHOOK, HARDY & BACON LLP**
JP Morgan Chase Tower
600 Travis St., Suite 3400
Houston, TX 77002
Telephone: (713) 546-5649
Facsimile:  (713) 227-9508

***Attorney for Defendant Acrisure, LLC d/b/a IndemCo***

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2026, the foregoing document was electronically filed with the Court's CM/ECF system, thereby effectuating service on counsel for all parties.

/s/ Norma N. Bennett
Norma N. Bennett