**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| W&T OFFSHORE, INC., AND W&T ENERGY VI, LLC, | ) ) ) | |
| *Plaintiffs*, | ) ) | **CIVIL ACTION NO. 4:24-CV-3047** |
| v. | ) ) ) | |
| ENDURANCE ASSURANCE CORPORATION, LEXON INSURANCE COMPANY, PENNSYLVANIA INSURANCE COMPANY, UNITED STATES FIRE INSURANCE COMPANY, APPLIED SURETY UNDERWRITERS LLC, AMYNTA HOLDINGS LLC D/B/A AMYNTA SURETY SOLUTIONS, AND INDEMCO, LP | ) ) ) ) ) ) ) ) ) ) | |
| *Defendants*. | ) ) | |

_____

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Acrisure, LLC d/b/a IndemCo[1] identifies the following parent corporations, and discloses as follows for citizenship:

1.  Acrisure Intermediate, Inc., a privately held company, is the parent and sole member of Acrisure, LLC.

2.  Acrisure Holdings, Inc., a privately held company, is the parent of Acrisure Intermediate, Inc.

3.  No publicly held company owns 10% or more of Acrisure, LLC's stock.

4.  As a limited liability company, Acrisure, LLC's citizenship is determined by the

_____

[1] Acrisure, LLC d/b/a IndemCo responds on behalf of the improperly named predecessor entity Legacy 777 LP f/k/a IndemCo LP.

citizenship of its members.

5. Because Acrisure Intermediate, Inc. is the sole member of Acrisure, LLC, the citizenship of Acrisure Intermediate, Inc. therefore determines Acrisure, LLC's citizenship.

6. Acrisure Intermediate, Inc. is a Delaware corporation that maintains its principal place of business in Michigan.

7. Accordingly, Acrisure, LLC is a citizen of Delaware and Michigan for diversity purposes.

Dated: June 2, 2026

*/s/ Norma N. Bennett*
Norma N. Bennett
Texas Bar No. 24028492
SDTX Bar No. 27123
**SHOOK, HARDY & BACON LLP**
JP Morgan Chase Tower
600 Travis St., Suite 3400
Houston, TX 77002
Telephone: (713) 546-5649
Facsimile: (713) 227-9508

***Attorney for Defendant Acrisure, LLC d/b/a IndemCo***

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2026, the foregoing document was electronically filed with the Court's CM/ECF system, thereby effectuating service on counsel for all parties.

*/s/ Norma N. Bennett*
Norma N. Bennett

2