**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| W&T OFFSHORE, INC., AND<br>W&T ENERGY VI, LLC, | ) | |
| | ) | |
| *Plaintiffs*, | ) | **CIVIL ACTION NO. 4:24-CV-3047** |
| | ) | |
| v. | ) | |
| | ) | |
| ENDURANCE ASSURANCE<br>CORPORATION, LEXON<br>INSURANCE COMPANY,<br>PENNSYLVANIA INSURANCE<br>COMPANY, UNITED STATES FIRE<br>INSURANCE COMPANY, APPLIED<br>SURETY UNDERWRITERS LLC,<br>AMYNTA HOLDINGS LLC D/B/A<br>AMYNTA SURETY SOLUTIONS,<br>AND INDEMCO, LP | ) | |
| | ) | |
| *Defendants*. | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

**COMES NOW** Defendant Acrisure, LLC d/b/a IndemCo ("Acrisure"),[1] by and through undersigned counsel, and respectfully moves this Court for an extension of time to answer or otherwise respond to Plaintiffs' Second Amended Complaint, which request is unopposed by Plaintiffs. In support thereof, Acrisure states as follows:

  1.  On May 7, 2026, Plaintiffs filed their Second Amended Complaint under seal.

---

[1] Plaintiffs improperly named and served "IndemCo LP", which is not the correct entity. Acrisure, LLC d/b/a IndemCo responds on behalf of the improperly named predecessor entity Legacy 777 LP f/k/a IndemCo LP. Defendant reserves all rights with respect to any issues relating to identification or service of the proper party.

2.      On May 18, 2026, Acrisure was served with a redacted version of the sealed Second Amended Complaint. Based on the service date, its deadline to answer or otherwise respond would be June 8, 2026.

3.      On May 21, 2026, counsel for Plaintiffs and Acrisure conferred regarding the most efficient means for Acrisure to obtain access to the unredacted Second Amended Complaint.

4.      As a newly named defendant, Acrisure requires additional time to investigate the claims and allegations in the unredacted Second Amended Complaint and prepare a response.

5.      In light of these circumstances, Plaintiffs agreed that Acrisure should have an additional thirty (30) days from its original deadline of June 8, 2026 to answer or otherwise respond, making the new deadline July 8, 2026.

6.      Undersigned counsel filed her Entry of Appearance on behalf of Acrisure on June 2, 2026 [DE 331].

7.      Plaintiffs provided Acrisure's counsel with the unredacted version of the Second Amended Complaint on June 3, 2026, via email.

8.      Counsel for Plaintiffs indicated that Plaintiffs do not oppose this motion or the relief requested herein.

9.      This request is made in good faith and not for purposes of delay.

10.      Accordingly, good cause exists for the requested extension, and no party will be prejudiced by the relief sought herein.

**WHEREFORE**, Defendant Acrisure respectfully requests that the Court enter an Order granting Acrisure an extension of time, up to and including July 8, 2026, to answer or otherwise respond to Plaintiffs' Second Amended Complaint, and for such other and further relief as the Court deems just and proper.

Dated: June 4, 2026

/s/ Norma N. Bennett
Norma N. Bennett
Texas Bar No. 24028492
SDTX Bar No. 27123
**SHOOK, HARDY & BACON LLP**
JP Morgan Chase Tower
600 Travis St., Suite 3400
Houston, TX 77002
Telephone: (713) 546-5649
Facsimile:  (713) 227-9508

***Attorney for Defendant Acrisure, LLC d/b/a IndemCo***

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendant Acrisure conferred with counsel for Plaintiffs on May 21, May 29, and June 2, 2026 before the filing of this Motion. Plaintiffs are unopposed to this Motion.

/s/ Norma N. Bennett
Norma N. Bennett

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2026, the foregoing document was electronically filed with the Court's CM/ECF system, thereby effectuating service on counsel for all parties.

/s/ Norma N. Bennett
Norma N. Bennett

3