**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| W&T OFFSHORE, INC., AND W&T ENERGY VI, LLC, | § § § | |
| v. | § § | LEAD CASE NO. 4:24-CV-3047 CONSOLIDATED ACTION |
| ENDURANCE ASSURANCE CORPORATION, AND LEXON INSURANCE CO., *ET AL.* | § § § § | |

**W&T'S NOTICE OF ISSUANCE OF
SUBPOENAS TO PRODUCE DOCUMENTS**

Plaintiffs W&T Offshore, Inc. and W&T Energy VI, LLC (collectively, "W&T"), by and through its undersigned counsel and pursuant to Rule 45 of the Federal Rules of Civil Procedure, hereby give notice that W&T will issue a *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action* to each entity listed in the table below.  The subpoenas for each entity are attached as **Exhibits 1–2** and will be served for the production of documents on or before July 16, 2026.

| Entity Name | Exhibit # for Subpoena |
|---|---|
| Philadelphia Insurance Companies | 1 |
| U.S. Specialty Insurance Company | 2 |

Dated:  June 16, 2026                    Respectfully submitted,

1

McGuireWoods LLP

/s/ Nicholas J. Giles
Nicholas J. Giles
*Admitted Pro Hac Vice*
ngiles@mcguirewoods.com
800 East Canal Street
Richmond, Virginia 23219
(804) 775-4760 Telephone
(804) 698-2040 Facsimile

Megan S. Lewis
*Admitted Pro Hac Vice*
mlewis@mcguirewoods.com
888 16th Street N.W., Suite 500
Washington, DC 20006
(202) 857-1716 Telephone
(202) 857-1737 Facsimile

**ATTORNEYS FOR W&T OFFSHORE, INC. AND W&T ENERGY VI, LLC**

**OF COUNSEL:**

**Marc Tabolsky**
Texas State Bar No. 24037576
S.D. Texas Bar No. 37154
mtabolsky@hicksjohnson.com
Hicks Johnson PLLC
1550 Lamar Street, Suite 1900
Houston, TX 77010
713-357-5150

2