United States District Court
Southern District of Texas
**ENTERED**
June 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| W&T OFFSHORE, INC. and | § | |
| W&T ENERGY VI, LLC, | § | |
| | § | Lead Case No. 4:24-cv-3047 |
| v. | § | Consolidated Action |
| | § | |
| ENDURANCE ASSURANCE | § | |
| CORPORATION and LEXON | § | |
| INSURANCE, CO., *et al*., | § | |

## ORDER

Before the Court is Penn and U.S. Fire's motion for leave to exceed page limits. ECF No. 337. The Court **DENIES** the request. ECF No. 337. U.S. Fire and Penn's motions to dismiss are **STRICKEN**. ECF Nos. 338, 339.

**IT IS SO ORDERED.**

Signed in Houston, Texas, on June 8, 2026.

_____
**Dena Hanovice Palermo**
**United States Magistrate Judge**