United States District Court
Southern District of Texas
**ENTERED**
July 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| W&T OFFSHORE, INC. and<br>W&T ENERGY VI, LLC,<br><br>v.<br><br>ENDURANCE ASSURANCE<br>CORPORATION and LEXON<br>INSURANCE, CO., *et al.*, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Lead Case No. 4:24-cv-3047<br>Consolidated Action |

## ORDER

Before the Court is W&T's motion for leave to exceed page limits. ECF No. 344. The Court **DENIES** the request. ECF No. 344. W&T's responses to the motions to dismiss are **STRICKEN**. ECF Nos. 345, 346.

**IT IS SO ORDERED.**

Signed in Houston, Texas, on July 1, 2026.

_____
**Dena Hanovice Palermo**
**United States Magistrate Judge**