United States District Court
Southern District of Texas
**ENTERED**
July 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| W&T OFFSHORE, INC. and<br>W&T ENERGY VI, LLC, | §<br>§<br>§ | |
| v. | §<br>§ | Lead Case No. 4:24-cv-3047<br>Consolidated Action |
| | § | |
| ENDURANCE ASSURANCE<br>CORPORATION and LEXON<br>INSURANCE, CO., *et al.*, | §<br>§<br>§<br>§ | |

**ORDER**

Before the Court is Pennsylvania Insurance Company and U.S. Fire Insurance Company's motion for leave to exceed page limits. ECF No. 317. The Court **DENIES** the request. ECF No. 317. Penn and U.S. Fire's responses to the motion for sanctions are **STRICKEN**. ECF Nos. 318, 319, 321. Penn and U.S. Fire shall file a compliant response by July 6, 2026. W&T shall either file a notice that it stands on its reply, ECF No. 327, or file an amended reply by July 10, 2026.

**IT IS SO ORDERED.**

Signed in Houston, Texas, on July 1, 2026.

_____
**Dena Hanovice Palermo
United States Magistrate Judge**