United States District Court
Southern District of Texas
**ENTERED**
July 02, 2026
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| W&T OFFSHORE, INC. and | § | |
| W&T ENERGY VI, LLC, | § | |
| | § | Lead Case No. 4:24-cv-3047 |
| v. | § | Consolidated Action |
| | § | |
| ENDURANCE ASSURANCE | § | |
| CORPORATION and LEXON | § | |
| INSURANCE, CO., *et al.*, | § | |

## ORDER

Before the Court is Pennsylvania Insurance Company and U.S. Fire Insurance Company's motion for leave to refile its motion to dismiss, now compliant with the Court's page limits. ECF No. 348. W&T asks the Court to deny the motion for leave because the motion to dismiss raises "successive and meritless arguments that were already addressed in the Court's order denying the Sureties' first motion to dismiss." ECF No. 351 at 1–2. Although the Court largely agrees with W&T's assessment that it has already addressed and rejected the arguments raised in the newly tendered motion to dismiss, W&T has not provided authority that the Court may disallow filing of the motion to dismiss on this ground. Accordingly, the Court **GRANTS** the request. ECF No. 348. Penn and U.S. Fire are permitted to file its attached compliant motion dismiss, ECF No. 348-1, as a stand-alone document by July 6, 2026. If Penn and U.S. Fire fail to do so, the Court will presume that they no longer intend to pursue relief through the motion to dismiss and will instead proceed to summary

judgment. To save incurring costs and fees from again responding to the arguments raised if Penn and U.S. Fire choose to file their motion to dismiss, by July 27, 2026, W&T may either file a response to the motion to dismiss or a notice that it intends to stand on its response to the prior motion to dismiss.

**IT IS SO ORDERED.**

Signed in Houston, Texas, on July 2, 2026.

_____
**Dena Hanovice Palermo**
**United States Magistrate Judge**