UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| W&T Offshore, Inc., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CIVIL NO. 4:24-CV-03047 |
| | § | |
| Endurance Assurance Corporation, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

A Status Conference shall take place before:

Judge Dena Hanovice Palermo

**Tuesday, July 28, 2026, at 3:00 p.m.**

in Courtroom 702 (7th Floor)

United States Courthouse

515 Rusk Street

Houston, TX 77002

Each party must appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client. Counsel are to consult among themselves well in advance and exchange relevant documents in the case.

The Court will consider any motions, narrow issues, inquire about expected motions, and schedule discovery.

To ensure full notice, whoever receives this notice must confirm that every other party knows of the setting.

1 / 2

Signed on July 6, 2026, at Houston, Texas.

_____
Dena Hanovice Palermo
United States Magistrate Judge