**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| W&T Offshore, Inc., and W&T Energy VI, LLC, | § § § | |
| v. | § § | Lead Case No. 4:24-cv-3047 Consolidated Action |
| Endurance Assurance Corporation, and Lexon Insurance Co., *et al.* | § § § § § | |

## W&T'S NOTICE REGARDING REPLY TO SANCTIONS MOTION

Plaintiffs W&T Offshore, Inc. and W&T Energy VI, LLC ("W&T") file this Notice pursuant to the Court's Order dated July 1, 2026, ECF No. 352, in connection with W&T's Motion for Sanctions, ECF No. 302, against Defendants Pennsylvania Insurance Company and United States Fire Insurance Company. The Court ordered the original opposition filed by Defendants stricken, and Defendants have now filed a revised opposition as ECF No. 359. Defendants have slightly altered their arguments in opposition and made further inflammatory and inaccurate accusations about W&T, but such statements only serve to underscore the points made in W&T's original motion and reply about the sureties' dismissive and obstructionist approach

1

to this case.[1]  Per the Court's invitation in ECF No. 352, W&T thus will stand on its prior reply, ECF No. 327.

## CONCLUSION

For the foregoing reasons, W&T respectfully requests that the Court deem W&T's original reply, ECF No. 327, filed as a reply to the Defendants' revised opposition.

Dated: July 7, 2026

Respectfully submitted,

McGuireWoods LLP

/s/ Megan S. Lewis
Megan S. Lewis
*Admitted Pro Hac Vice*
mlewis@mcguirewoods.com
888 16th Street N.W., Suite 500
Washington, DC 20006
(202) 857-1716 Telephone
(202) 857-1737 Facsimile

Nicholas J. Giles
*Admitted Pro Hac Vice*
ngiles@mcguirewoods.com
800 East Canal Street
Richmond, Virginia 23219
(804) 775-4760 Telephone
(804) 698-2040 Facsimile

**ATTORNEYS FOR W&T OFFSHORE, INC. AND W&T ENERGY VI, LLC**

---

[1] Their unfounded objections to discovery and delays have continued—in the last four and a half months, Penn and U.S. Fire have produced only 115 and 182 documents, respectively.  As of this filing, text message productions are still woefully incomplete or missing, and appear to be on a trajectory for yet another motion to compel or other motions practice.

2

3

**OF COUNSEL:**

**Marc Tabolsky**
Texas State Bar No. 24037576
S.D. Texas Bar No. 37154
mtabolsky@hicksjohnson.com
Hicks Johnson PLLC
1550 Lamar Street
Suite 1900
Houston, TX 77010
(713) 357-5150

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2026, Plaintiffs filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

*/s/ Megan S. Lewis*
Megan S.  Lewis