**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| W&T OFFSHORE, INC., AND W&T ENERGY VI, LLC, | § § § | |
| V. | § § § | LEAD CASE NO. 4:24-CV-3047 CONSOLIDATED ACTION |
| ENDURANCE ASSURANCE CORPORATION, AND LEXON INSURANCE CO., ET AL. | § § § § | |

---

**W&T'S NOTICE REGARDING OPPOSITION TO MOTION TO DISMISS**

Plaintiffs W&T Offshore, Inc. and W&T Energy VI, LLC ("W&T") file this Notice pursuant to the Court's Order dated July 2, 2026, ECF No. 353, in connection with the Refiled Motion to Dismiss by Defendants Pennsylvania Insurance Company and United States Fire Insurance Company, ECF No. 357. The Court ordered the original motion filed by Defendants stricken, see ECF No. 347, and as a result, also ordered W&T's original opposition stricken, see ECF No. 350. However, in its Order granting Defendants' motion for leave to refile, ECF No. 353, the Court invited W&T to file a notice that it intends to stand on its response to the prior motion to dismiss, in lieu of refiling a new response. *Id.* at 2.

W&T maintains its position, articulated in its filing in ECF No. 351, that Defendants' arguments in their motion to dismiss are meritless and frivolous, and their refiled motion continues to advance the same arguments that the Court has

1

previously rejected, including those that implicate evidentiary determinations that are not appropriate on a motion to dismiss. W&T thus will accept the Court's invitation to stand on its prior opposition, ECF No. 345 (Public) and ECF No. 346 (Under Seal).

## CONCLUSION

For the foregoing reasons, W&T respectfully requests that the Court order that W&T's prior responses in opposition, ECF No. 345, 346, be deemed filed in response to the Defendants' refiled motion to dismiss.

Dated: July 7, 2026

Respectfully submitted,

McGuireWoods LLP

/s/ Megan S. Lewis
Megan S. Lewis
*Admitted Pro Hac Vice*
mlewis@mcguirewoods.com
888 16th Street N.W., Suite 500
Washington, DC 20006
(202) 857-1716 Telephone
(202) 857-1737 Facsimile

Nicholas J. Giles
*Admitted Pro Hac Vice*
ngiles@mcguirewoods.com
800 East Canal Street
Richmond, Virginia 23219
(804) 775-4760 Telephone
(804) 698-2040 Facsimile

**ATTORNEYS FOR W&T OFFSHORE, INC. AND W&T ENERGY VI, LLC**

2

**OF COUNSEL:**

**Marc Tabolsky**
Texas State Bar No. 24037576
S.D. Texas Bar No. 37154
mtabolsky@hicksjohnson.com
Hicks Johnson PLLC
1550 Lamar Street
Suite 1900
Houston, TX 77010
(713) 357-5150

## CERTIFICATE OF SERVICE

    I hereby certify that on July 7, 2026, Plaintiffs filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

*/s/ Megan S. Lewis*
Megan S.  Lewis