# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| W&T OFFSHORE, INC., AND W&T ENERGY VI, LLC, | ) ) ) | |
| *Plaintiffs*, | ) ) | **CIVIL ACTION NO. 4:24-CV-3047** |
| v. | ) ) ) | |
| ENDURANCE ASSURANCE CORPORATION, LEXON INSURANCE COMPANY, PENNSYLVANIA INSURANCE COMPANY, UNITED STATES FIRE INSURANCE COMPANY, APPLIED SURETY UNDERWRITERS LLC, AMYNTA HOLDINGS LLC D/B/A AMYNTA SURETY SOLUTIONS, AND INDEMCO, LP | ) ) ) ) ) ) ) ) ) ) ) | |
| *Defendants*. | ) | |

## [PROPOSED] ORDER GRANTING DEFENDANT INDEMCO, LP'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

Before the Court is Defendant IndemCo, LP's ("Acrisure")[1] Motion to

Dismiss W&T Offshore, Inc. and W&T Energy VI, LLC's ("W&T") Second

---

[1] Plaintiffs improperly named "IndemCo, LP" in the Second Amended Complaint, which is not the correct entity. Acrisure, LLC d/b/a IndemCo responds on behalf of the improperly named predecessor entity Legacy 777 LP f/k/a IndemCo, LP. Defendant reserves all rights with respect to the identification or service of the proper party.

Amended Complaint. Having considered Defendant's Motion, the Court finds good cause to grant the motion.

THEREFORE,

**IT IS ORDERED** that the Motion is GRANTED.

**IT IS FURTHER ORDERED** that W&T's claims against Acrisure are DISMISSED with prejudice.

SO ORDERED.

      Signed this _____ day of ____, 2026.


_____
HONORABLE DENA HANOVICE PALERMO
UNITED STATES MAGISTRATE JUDGE

2