United States District Court
Southern District of Texas
**ENTERED**
July 17, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

W&T OFFSHORE, INC. and
W&T ENERGY VI, LLC,

§
§
§
§
§
§
§
§
§

v.

ENDURANCE ASSURANCE
CORPORATION and LEXON
INSURANCE, CO., *et al.*,

Lead Case No. 4:24-cv-3047
Consolidated Action

## ORDER

Before the Court is W&T's motion for sanctions, ECF No. 302. The Court

ORDERS Plaintiff to clarify what, if any, sanctionable conduct Pennsylvania

Insurance Company ("Pennsylvania") and/or its counsel engaged in that violated the

Court's January 15, 2026 order that Pennsylvania produce the discussed discovery

on or before January 30, 2026. ECF No. 248 at 4 ("Pennsylvania shall produce the

documents previously ordered for these accounts by January 30, 2026. Failure to

comply may lead to the imposition of sanctions."). W&T shall provide this

information by July 24, 2026.

**IT IS SO ORDERED.**

Signed in Houston, Texas, on July 17, 2026.

_____
**Dena Hanovice Palermo**
**United States Magistrate Judge**