United States District Court
Southern District of Texas
**ENTERED**
July 17, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

W&T OFFSHORE, INC. and    §
W&T ENERGY VI, LLC,    §
    §    Lead Case No. 4:24-cv-3047
v.    §    Consolidated Action
    §
ENDURANCE ASSURANCE    §
CORPORATION and LEXON    §
INSURANCE, CO., *et al*.,    §

## ORDER

Before the Court is W&T's motion for a protective order, ECF No. 286. The

Court **ORDERS** Plaintiff to explain with citations to relevant and binding authority

whether work product privilege, once waived,[1] may be walked back. W&T shall

provide this information by July 24, 2026.

**IT IS SO ORDERED.**

Signed in Houston, Texas, on July 17, 2026.

_____
**Dena Hanovice Palermo**
**United States Magistrate Judge**

---

[1] *See* ECF No. 200 at 67:7-25.