UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

## **Motion and Order for Admission *Pro Hac Vice***

| Division | Houston | Case Number | 4:24-CV-3047 |
|---|---|---|---|
| W&T OFFSHORE, INC., AND W&T ENERGY VI, LLC | | | |
| *versus* | | | |
| ENDURANCE ASSURANCE CORPORATION, et al. | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Laurie Ann Novion<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>Tel: (816) 474-6550; Email: lnovion@shb.com<br>MO - Bar# 50390<br>KS - Bar# 19406 |
|---|---|

| Name of party applicant seeks to appear for: | Acrisure, LLC d/b/a IndemCo   (Acrisure, LLC d/b/a IndemCo appears on behalf of the improperly named predecessor entity Legacy 777 LP f/k/a IndemCo LP) |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated:   7/21/2026 | Signed:        /s/ Laurie Ann Novion |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:                    Clerk's signature |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____        _____
                                                  United States District Judge