**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| W&T OFFSHORE, INC., AND W&T ENERGY VI, LLC, | § § § | |
| v. | § § | LEAD CASE NO. 4:24-CV-3047 |
| | § | CONSOLIDATED ACTION |
| ENDURANCE ASSURANCE CORPORATION, AND LEXON INSURANCE CO., *ET AL.* | § § § § | |

**PLAINTIFFS' UNOPPOSED MOTION TO CORRECT
DEFENDANT'S NAME**

Plaintiffs W&T Offshore, Inc. and W&T Energy VI, LLC ("W&T") respectfully move the Court to enter an Order correcting the case caption and docket to reflect Defendant's correct legal name, Acrisure, LLC d/b/a IndemCo, in place of the incorrectly stated name, IndemCo, LP, as originally pled. In support, W&T states:

1. W&T's Second Amended Complaint was filed on May 7, 2026, naming IndemCo, LP as a Defendant. *See* ECF No. 310.

2. Counsel appearing for IndemCo subsequently informed counsel for W&T that the correct legal name of the entity intended to be sued, which has now appeared, is Acrisure, LLC d/b/a IndemCo.

3. The relief requested herein is a correction of a misnomer only; no new party is being added, and the identity of the party against whom relief is sought remains unchanged.

4. Counsel for all Defendants have been contacted, and each has confirmed that they do not oppose this motion.

For these reasons, W&T respectfully requests that the Court grant this unopposed motion and direct the Clerk to correct the case caption and docket accordingly. A proposed Order is attached.

Dated: July 22, 2026

Respectfully submitted,

McGuireWoods LLP

/s/ Megan S. Lewis
Megan S. Lewis
*Admitted Pro Hac Vice*
mlewis@mcguirewoods.com
888 16th Street N.W., Suite 500
Washington, DC 20006
(202) 857-1716 Telephone
(202) 857-1737 Facsimile

Nicholas J. Giles
*Admitted Pro Hac Vice*
ngiles@mcguirewoods.com
800 East Canal Street
Richmond, Virginia 23219
(804) 775-4760 Telephone
(804) 698-2040 Facsimile

**ATTORNEYS FOR W&T OFFSHORE, INC. AND W&T ENERGY VI, LLC**

**OF COUNSEL:**

**Marc Tabolsky**
Texas State Bar No. 24037576
S.D. Texas Bar No. 37154
mtabolsky@hicksjohnson.com
Hicks Johnson PLLC
1550 Lamar Street
Suite 1900
Houston, TX 77010
(713) 357-5150

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 17, 2026, counsel for W&T conferred with counsel for Defendant Acrisure LLC d/b/a IndemCo on the relief sought by this motion and they are unopposed. By email dated July 22, 2026, counsel for each of the other Defendants confirmed they are unopposed.

*/s/ Megan S. Lewis*
Megan S. Lewis

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2026, Plaintiffs filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

*/s/ Megan S. Lewis*
Megan S. Lewis