**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **W&T OFFSHORE, INC. ET AL** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | |
| | § | **Case No. 4:24-CV-03047** |
| | § | |
| | § | |
| **ENDURANCE ASSURANCE** | § | |
| **CORPORATION ET AL** | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

___

### PROPOSED ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

___

ON THIS DAY, the Court considered the Motion to Withdraw as Counsel filed by Daniel Bojorquez. Having considered the Motion, the pleadings, and any responses thereto, the Court finds that the Motion should be **GRANTED**.

IT IS THEREFORE ORDERED that Daniel Bojorquez is withdrawn as counsel of record for U.S. Specialty Insurance Company, and that Notices of Electronic Filing for this matter shall no longer be sent to Daniel Bojorquez.

IT IS FURTHER ORDERED that U.S. Specialty Insurance Company shall continue to be represented by its remaining counsel of record, and all notices and pleadings shall continue to be served in accordance with the applicable rules of procedure.

SIGNED this _____ day of _____, 2026.


_____
HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT COURT JUDGE

**APPROVED AS TO FORM:**


**AHMAD, ZAVITSANOS & MENSING PLLC**

*/s/ Daniel Bojorquez*
Daniel Bojorquez
State Bar No. 24137440
Federal ID No. 3869877
dbojorquez@azalaw.com
1221 McKinney, Suite 2500
Houston, Texas 77010
Phone: 713.655.1101
Fax: 713.655.0062

**ATTORNEY WITHDRAWING AS COUNSEL
FOR U.S. SPECIALTY INSURANCE COMPANY**