United States District Court
Southern District of Texas

**ENTERED**

July 27, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

W&T OFFSHORE, INC. and        §
W&T ENERGY VI, LLC,           §
                              §        Lead Case No. 4:24-cv-3047
v.                            §        Consolidated Action
                              §
                              §
ENDURANCE ASSURANCE           §
CORPORATION and LEXON         §
INSURANCE, CO., *et al*.,      §

## ORDER

During the hearing set for 1:30 p.m. on July 28, 2026, the Court will not hear oral argument on the Plaintiff's motion for protective order, ECF No. 286, because it has already reviewed all the briefing and cases. As previously explained at the hearing on January 13, 2026, the Court intends to review and rule on the discoverability of each document submitted in camera. ECF No. 249 at 108:14-21. On October 22, 2025, the Court first ordered W&T to produce a privilege log for the documents submitted in camera. ECF No. 200 at 76:18-22. To date, W&T has not done so. ECF No. 312 at 5. Defendants are entitled to have the privilege log before the hearing to follow the hearing's discussion and make any appropriate objections. By 9:00 a.m. CST on July 28, 2026, W&T shall produce a privilege log to counsel and the Court.

Depending on how much time remains after reviewing the in camera submission, if any, the Court will address some of the pending discovery issues. Any

additional motions or responses filed today or before tomorrow's hearing will not be considered at the hearing.

**IT IS SO ORDERED.**

Signed in Houston, Texas, on July 27, 2026.

_____

**Dena Hanovice Palermo**
**United States Magistrate Judge**