**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| **W&T OFFSHORE, INC., AND** | § | |
| **W&T ENERGY VI, LLC,** | § | |
|  | § | |
|  | § | |
|  | § | |
| **v.** | § | **LEAD CASE NO. 4:24-cv-3047** |
|  | § | **CONSOLIDATED ACTION** |
| **ENDURANCE ASSURANCE** | § | |
| **CORPORATION and LEXON** | § | |
| **INSURANCE CO., et al.** | § | |
|  | § | |

## DEFENDANTS PENNSYLVANIA INSURANCE COMPANY, APPLIED SURETY UNDERWRITERS LLC, UNITED STATES FIRE INSURANCE COMPANY, AND AMYNTA HOLDINGS LLC NOTICE OF CORRECTION

Defendants Pennsylvania Insurance Company, and Applied Surety Underwriters LLC, (together, "Penn"), and United States Fire Insurance Company, and Amynta Holdings LLC (together, "U.S. Fire") respectfully submit the following notice to correct an error in the consolidated response they filed on July 24, 2026, to four letters filed by W&T on July 22, 2026. The response states in footnote 4 on page 6, "Further, the earliest document it cites is from May 2021." That sentence should have stated, "Further, the earliest document it cites that it claims to reflect coordination of price increases is from May 2021."

RESPECTFULLY SUBMITTED this 27th day of July, 2026.

/s/ Samuel C. Kaplan

Samuel C. Kaplan
*Admitted pro hac vice*
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, DC 20005
Email: skaplan@bsfllp.com
Telephone: (202) 274-1163

Ryan D. Dry
Texas Bar No. 24050532
S.D. Tex. Bar No. 618363
Steven K. Cannon
Texas Bar No. 24086997
S.D. Tex Bar No. 3356957

**DRY LAW, PLLC**
909 18th Street
Plano, TX 75074
(972) 797-9510 Tele/Fax
rdry@drylaw.com
scannon@drylaw.com

***ATTORNEYS FOR
PENNSYLVANIA INSURANCE
COMPANY and UNITED STATES
FIRE INSURANCE COMPANY***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on July 27, 2026, a true and correct copy of the foregoing document was filed and served by the Electronic Case Filing System for the United States District Court for the Southern District of Texas on those parties registered to receive electronic notice.

*/s/ Samuel C. Kaplan*
Samuel C. Kaplan
