United States District Court
Southern District of Texas
**ENTERED**
July 28, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| W&T OFFSHORE, INC, et al | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-24-3047 |
| | § | |
| ENDURANCE ASSURANCE | § | |
| CORPORATION, et al | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is the motion to dismiss (Doc. No. 63) of U.S. Fire Insurance Co. And Pennsylvania Insurance Co.; and Magistrate Judge Palermo's Report and Recommendation (Doc. No. 283) that the Court grant in part and deny in party the motion.  Neither party filed objections to the Report and Recommendation and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusions.  Accordingly, is it hereby

**ORDERED** that the Report and Recommendation (Doc. No. 63) is **ADOPTED**. The motion to dismiss (Doc. No. 63) of U.S. Fire Insurance Co. and Pennsylvania Insurance Co. is **GRANTED** as to W&T's claims under the Texas Insurance Code and **DENIED** in all other aspects..

SIGNED on this ___28___ day of July 2026.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE