UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:24-CV-03047 |
|---|---|---|---|
| W&T Offshore, Inc., and<br>W&T Energy VI, LLC, | | | |
| *versus* | | | |
| Endurance Assurance Corporation,<br>and Lexon Insurance Co. | | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Mariah Joelle Noah<br>BOIES SCHILLER FLEXNER LLP<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>(415) 293-6800; mnoah@bsfllp.com<br>California 339658 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Pennsylvania Insurance Company, Applied Surety Underwriters LLC, United States Fire Insurance Company, and Amynta Holdings LLC |

Has applicant been sanctioned by any bar association or court? Yes ________ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 8/12/2026 | Signed: /s/ Mariah Joelle Noah |

| | |
|---|---|
| The state bar reports that the applicant's status is: | |
| Dated: | Clerk's signature |

## Order

**This lawyer is admitted *pro hac vice*.**

Dated: ____________________________

____________________________________
United States District Judge