McGuireWoods

**McGuireWoods LLP**
888 16th Street N.W.
Suite 500
Washington, DC 20006
Phone: 202.857.1700
Fax: 202.857.1737
www.mcguirewoods.com

**Megan S. Lewis**
Direct: 202.857.1716
mlewis@mcguirewoods.com

September 8, 2026

**Via CM/ECF**
The Honorable Dena Hanovice Palermo
U.S. District Court, Southern District of Texas

Re: *W&T Offshore, Inc., et al. v. Endurance Assurance Corp., et al.*, 4:24-cv-3047

Dear Judge Palermo:

Following a hearing on September 3, 2026, the Court issued an order that addressed the review and production of competitor text messages by Defendants Endurance Assurance Corporation and Lexon Insurance Company (collectively "Lexon"). *See* ECF No. 449. That order instructed that: "To the extent not encompassed in this Order, W&T shall draft an agreed order detailing the Court's rulings on this issue and provide it to Defendants' counsel by September 4, 2026. The parties will submit a final agreed order to the Court by Tuesday, September 8, 2026." ECF No. 449 at 3.

Plaintiff W&T submits a proposed order attached as Exhibit 1. While the parties have been able to reach some agreement, the parties have been unable to agree on the below items in paragraphs (1)-(4) of the order at Exhibit 1. Exhibit 2 is a redline showing the areas of disagreement between the parties' last-exchanged versions of the proposed orders. W&T believes that Exhibit 1 accurately reflects the Court's rulings, as reflected in the citations below to the 9/3/26 transcript, a full copy of which is attached as Exhibit 3 (sealed) (cited portions highlighted).

| Language from Exhibit 1 Proposed Order | Citations |
|---|---|
| ¶ 1: "Lexon will continue to perform searches of text messages using search terms. W&T provided Lexon with additional text message search terms on September 8, 2026. Lexon will process those terms and review the resulting messages for responsiveness and production."[1] | THE COURT: "If you don't like his search terms, give him some more. He will search. … If you think that there are additional search terms that need to be included, then go ahead and include them, and he will run them, and you will see what that produces." Ex. 3 at 63:5-6; 13-16.<br><br>*See also id.* at 70:14-17 (Lexon's Counsel: "If there are other search terms that are not in the search terms that we shared many, many months ago that [W&T's counsel] wants us to |

[1] The parties have already begun engaging on search terms and hit counts, but Lexon has not yet provided the number of threads of *competitor* text threads returned by the search terms. Competitor texts are only a small subset of the broader set of text messages. The parties' exchange on this issue is attached as Ex. 4. W&T will continue to work cooperatively with Lexon to reduce false hits.

| Language from Exhibit 1 Proposed Order | Citations |
|---|---|
| | also run, we'll run them."; *id.* at 74:2-4 ("I've said on the record over and over again we'll use search terms. I've said on the record that we'd invite them to give us search terms."). |
| ¶ 2: "In addition, Lexon will manually review, without filtering through the use of search terms, any other text messages that include any of the following individuals:" [identifying 10 high-level individuals] | ECF No. 449: "Lexon will manually search the texts of 10 high level custodians, in consultation with W&T as to who the 10 will be, and produce any additional responsive documents."<br><br>*See also* Ex. 3 at 70:10-12 (Lexon's Counsel: "I understood, Your Honor, to order us to do a manual review of [ten] custodians, which we offered to do before this call. We will do that."). |
| ¶ 3: "… Additionally, the scope of responsive messages with competitors to be produced will include social events, connections, or communications. Lexon will be permitted to redact any sensitive personal information, such as medical issues or information related to children, to the extent such information is contained within responsive documents." | THE COURT: "Yes, social connections may be relevant. Yes, the fantasy football and the trips to Europe and wherever else may be relevant. Those will come up in the things that are being produced, and have come up in the things that are being produced." Ex. 3 at 64:1-5. |
| ¶ 4: "Before the next status conference, Lexon will identify to W&T the number of text message threads with competitor sureties that are not produced, with information sufficient to enable an assessment of the basis that a competitor text message was not produced. The parties will confer and agree on the format and contents of the log." | THE COURT: "If you want him to produce a log of what he's taking out, I'm sure you can discuss that with him and get the types of things that he is cutting out so that you know what is in there. And you can come back and object to me if you think he's cutting out too many things." Ex. 3 at 64:10-14. |

W&T respectfully requests the Court enter the proposed order attached as Exhibit 1.

Respectfully submitted,

Megan S. Lewis
Counsel for W&T

cc: All counsel of record (via ECF)
(sealed exhibit by email)