# Exhibit 1

# W&T Proposed Order

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| W&T OFFSHORE, INC., AND W&T ENERGY VI, LLC, | § § § | |
| v. | § § | LEAD CASE NO. 4:24-CV-3047 CONSOLIDATED ACTION |
| ENDURANCE ASSURANCE CORPORATION, AND LEXON INSURANCE CO., *ET AL.* | § § § | |

**[PROPOSED] ORDER ON LEXON DEFENDANTS' TEXT MESSAGES WITH COMPETITORS**

Before the Court is Plaintiffs W&T Offshore, Inc. and W&T Energy VI, LLC ("W&T")'s motion to compel, from Defendants Endurance Assurance Corporation and Lexon Insurance Company (collectively "Lexon"), the searches and production of text message communications[1] with competitors. *See* ECF Nos. 431; 440. Consistent with the Court's Order dated September 3, 2026, ECF No. 449, the Court orders that for the text messages involving competitors collected from the Lexon Text Message Custodians:

[1] "Text message" refers to any short-form type of communication or messaging application, to include SMS, iMessage, WhatsApp, Signal or similar type of platform for communication. The parties previously agreed that the text message custodians for Lexon are Patrick Hennesy, Matthew Curran, Pablo Gomez, and Matthew Olsen ("Lexon Text Message Custodians"). The parties also previously agreed that text messages would be reviewed and produced in "24-hour" format and not as individual text messages.

(1) Lexon will continue to perform searches of text messages using search terms. W&T provided Lexon with additional text message search terms on September 8, 2026. Lexon will process those terms and review the resulting messages for responsiveness and production.

(2) In addition, Lexon will manually review, without filtering through the use of search terms, any other text messages that include any of the following individuals:

1. Austin Wheeler
2. Brian Steele
3. Craig Gortner
4. David Rose
5. Hillary Killian
6. Jason Kilpatrick
7. Jim Gordon
8. Josh Betz
9. Pierce Pontikes
10. Sarah Heineman

(3) Lexon agrees to review messages in accordance with the scope articulated in Lexon's August 31, 2026 letter to W&T, ECF No. 432-3 (sealed) at 2 ("Scope of Discovery"). Additionally, the scope of responsive messages with competitors to be

produced will include social events, connections, or communications. Lexon will be permitted to redact any sensitive personal information, such as medical issues or information related to children, to the extent such information is contained within responsive documents.

(4) Before the next status conference, Lexon will identify to W&T the number of text message threads with competitor sureties that are not produced, with information sufficient to enable an assessment of the basis that a competitor text message was not produced. The parties will confer and agree on the format and contents of the log.

Nothing in this order is intended to limit the parties' ongoing review and productions of other information, nor preclude the parties from reaching agreements or seeking modification of this order based on additional information that arises in the course of this litigation.

**SO ORDERED.**

______________________ ________________________________________

**Date**

**DENA HANOVICE PALERMO**
**UNITED STATES MAGISTRATE JUDGE**