# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| W&T OFFSHORE, INC., AND W&T ENERGY VI, LLC, | § | |
| | § | |
| V. | § | LEAD CASE NO. 4:24-CV-3047 |
| | § | CONSOLIDATED ACTION |
| ENDURANCE ASSURANCE CORPORATION, AND LEXON INSURANCE CO., *ET AL.* | § | |

**[PROPOSED] ORDER ON LEXON DEFENDANTS' TEXT MESSAGES WITH COMPETITORS**

Before the Court is Plaintiffs W&T Offshore, Inc. and W&T Energy VI, LLC ("W&T")'s motion to compel, from Defendants Endurance Assurance Corporation and Lexon Insurance Company (collectively "Lexon"), the searches and production of text message communications[1] with competitors. *See* ECF Nos. 431; 440. Consistent with the Court's Order dated September 3, 2026, ECF No. 449, the Court orders that for the text messages involving competitors collected from the Lexon Text Message Custodians:

[1] "Text message" refers to any short-form type of communication or messaging application, to include SMS, iMessage, WhatsApp, Signal or similar type of platform for communication. The parties previously agreed that the text message custodians for Lexon are Patrick Hennesy, Matthew Curran, Pablo Gomez, and Matthew Olsen ("Lexon Text Message Custodians"). The parties also previously agreed that text messages would be reviewed and produced in "24-hour" format and not as individual text messages.

(1) Lexon will continue to perform searches of text messages using previously provided search terms. W&T provided Lexon with additional text message search terms on September 8, 2026. W&T and Lexon will work in good faith to negotiate these search terms, if necessary, to determine what, if any, additional search terms should be reviewed for responsiveness and production.

(2) In addition, Lexon will manually review, without filtering through the use of search terms, any other text messages between the Lexon Text Message Custodians (while employed at Lexon) and any of the following individuals (at a time when that contact was not employed at the same company as the text message custodian(s) involved in the message):

1. Austin Wheeler
2. Brian Steele
3. Craig Gortner
4. David Rose
5. Hillary Killian
6. Jason Kilpatrick
7. Jim Gordon
8. Josh Betz
9. Pierce Pontikes
10. Sarah Heineman

(3) Lexon agrees to review messages in accordance with the scope articulated in Lexon's August 31, 2026 letter to W&T, ECF No. 432-3 (sealed) at 2 ("Scope of Discovery"), and Lexon will be permitted to redact any sensitive personal information, such as medical issues or information related to children, to the extent such information must be produced due to the responsiveness of other information contained in close proximity to such sensitive personal information.

(4) Before the next status conference, Lexon will identify to W&T by category and volume for each of the 10 contacts selected for manual review, the number of text messages that are not produced by volume and category sufficient to enable an assessment of the basis that a competitor text message was not produced.

Nothing in this order is intended to limit the parties' ongoing review and productions of other information, nor preclude the parties from reaching agreements or seeking modification of this order based on additional information that arises in the course of this litigation.

**SO ORDERED.**

____________________________________

**Date**

**DENA HANOVICE PALERMO**
**UNITED STATES MAGISTRATE JUDGE**