McGuireWoods

**McGuireWoods LLP**
888 16th Street N.W.
Suite 500
Washington, DC 20006
Phone: 202.857.1700
Fax: 202.857.1737
www.mcguirewoods.com

**Megan S. Lewis**
Direct: 202.857.1716
mlewis@mcguirewoods.com

September 9, 2026

**Via CM/ECF**
The Honorable Dena Hanovice Palermo
U.S. District Court, Southern District of Texas

Re: *W&T Offshore, Inc., et al. v. Endurance Assurance Corp., et al.*, 4:24-cv-3047

Dear Judge Palermo:

Plaintiff W&T files the attached supplemental exhibit that relates to ECF No. 456-3 (sealed), Defendant Lexon's Exhibit C to their advocacy letter at ECF No. 455. The exhibit provides the Court with the remainder of the email exchange between the parties that Lexon truncated from their exhibit, so that the Court may see that Lexon's assertions in their advocacy letter do not accurately state the parties' exchanges on search terms. Lexon's assertions of numbers in their filing of individual messages (which is like counting the number of sentences in a document rather than the number of documents) across their entire text message database are simply not an accurate metric and have no bearing on the narrowed issue of competitor text messages at issue in the proposed order. *See also* ECF No. 454-4 (sealed).

The merits of these issues were previously briefed to the Court and Lexon's advocacy letter was not authorized by the Court's order at ECF 449, which simply instructed the parties to submit an order that captured the rulings from the September 3, 2026 hearing that were not already encompassed in ECF 449.

Respectfully submitted,

Megan S. Lewis
Counsel for W&T

cc: All counsel of record (via ECF)
(sealed exhibit by email)