# SUPPLEMENTAL EXHIBIT
# (FILED Under Seal)