BOIES SCHILLER FLEXNER

September 11, 2026

***Via CM/ECF & E-mail:*** ***palermochambers@tx.uscourts.gov***
The Honorable Dena Hanovice Palermo
United States Magistrate Judge
515 Rusk Avenue, Room 7227
Houston, Texas 77002

RE: *W&T Offshore, Inc., et al. v. Endurance Assurance Corp., et al.*, No. 4:24-cv-3047

Dear Judge Palermo:

On September 3, 2026, by minute order, the Court ordered "the parties to agree upon search terms by September 10, 2026."[1] The Court stated that if the parties "fail to agree on search terms, the Court will hold a hearing to determine the search terms." The parties have since been conferring about search terms and exchanging proposals and continue to make progress but have not yet reached agreement in large part due to the number of parties and sets of search terms at issue and because of the time required to measure, assess, and refine, the impact of new proposals. Accordingly, and because the parties agree that they have not reached impasse and that further negotiations could yield agreement, the parties jointly request an extension of the Court's deadline until Tuesday September 15 at noon CT. Following that deadline, any party would have right to raise any disputes about search terms with the Court, but the parties also could jointly agree to continue discussions if the parties agree that further negotiations could be productive.

[1] This correspondence was originally sent as an email to chambers on September 10, 2026.

BSF

Respectfully submitted,

Samuel C. Kaplan

cc: All counsel of record (via ECF)