**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| W&T OFFSHORE, INC., AND W&T ENERGY VI, LLC, | § | |
| | § | |
| v. | § | LEAD CASE NO. 4:24-CV-3047 |
| | § | CONSOLIDATED ACTION |
| ENDURANCE ASSURANCE CORPORATION, AND LEXON INSURANCE CO., *ET AL.* | § | |
| | § | |
| | § | |
| | § | |

**NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS**

PLEASE TAKE NOTICE THAT effective as of September 14, 2026, Megan S. Lewis, counsel for Plaintiffs W&T Offshore, Inc. and W&T Energy VI, LLC is no longer affiliated with the law firm McGuireWoods LLP. All pleadings, notices, and correspondence should be addressed as follows, which has been updated within the CM/ECF system:

Megan S. Lewis
SIMPSON THACHER & BARTLETT LLP
900 G Street NW
Washington, DC 20001
(202) 941-3654 Telephone
(202) 636-5502 Facsimile
Email: megan.lewis@stblaw.com

Dated: September 23, 2026

Respectfully submitted,

*/s/ Megan S. Lewis*

Megan S. Lewis
*Admitted Pro Hac Vice*
SIMPSON THACHER & BARTLETT LLP
900 G Street NW
Washington, DC 20001
(202) 941-3654 Telephone
(202) 636-5502 Facsimile
megan.lewis@stblaw.com

**ATTORNEY FOR W&T OFFSHORE, INC. AND W&T ENERGY VI, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2026, Plaintiffs filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

*/s/ Megan S. Lewis*
Megan S. Lewis