**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **W&T OFFSHORE, INC., AND W&T ENERGY VI, LLC,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**ENDURANCE ASSURANCE CORPORATION, LEXON INSURANCE COMPANY, PENNSYLVANIA INSURANCE COMPANY, UNITED STATES FIRE INSURANCE COMPANY, APPLIED SURETY UNDERWRITERS LLC, AMYNTA HOLDINGS LLC D/B/A AMYNTA SURETY SOLUTIONS, AND INDEMCO, LP,**<br><br>**Defendants.** | **Civil Action No. 4:24-cv-3047**<br><br>**JURY TRIAL** |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF MARY-OLGA LOVETT AND REQUEST FOR DELETION FROM SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Mary-Olga Lovett of the law firm McKool Smith, PC hereby withdraws her appearance as counsel to Pennsylvania Insurance Company, United States Fire Insurance Company, Applied Surety Underwriters LLC, Amynta Holdings LLC d/b/a Amynta Surety Solutions, and Indemco, LP ("Defendants"), and requests to be removed from CM/ECF electronic notification service, and any other mailing matrix or service list for this case.

Dated: September 29, 2026.

**MCKOOL SMITH, P.C.**

*/s/ Mary-Olga Lovett*
Mary-Olga Lovett
mlovett@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

ATTORNEY FOR DEFENDANTS PENNSYLVANIA INSURANCE COMPANY, UNITED STATES FIRE INSURANCE COMPANY, APPLIED SURETY UNDERWRITERS LLC, AMYNTA HOLDINGS LLC D/B/A AMYNTA SURETY SOLUTIONS, AND INDEMCO, LP

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on September 29, 2026.

*/s/ Mary-Olga Lovett*
Mary-Olga Lovett