United States District Court
Southern District of Texas
**ENTERED**
October 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| W&T OFFSHORE, INC., AND W&T ENERGY VI, LLC | § § § | Lead Case No. 4:24-cv-3047 |
| v. | § § | |
| ENDURANCE ASSURANCE CORPORATION AND LEXON INSURANCE, CO., ET AL. | § § § | |

# ORDER

Before the Court are the parties' numerous discovery letter-motions. ECF Nos. 470–75. The Court **ORDERS** the parties to submit a joint status report, by October 2, 2026, at 5 p.m., briefly outlining the issues counsel are unable to resolve after good faith discussions, requiring the Court's attention at the status conference on Monday, October 5, 2026. Accordingly, the parties' letter-motions are **DENIED AS MOOT**. ECF Nos. 470–75. The Court will not entertain argument on any issue not included in the joint status report.

**IT IS SO ORDERED.**

Signed at Houston, Texas, on October 1, 2026.

Dena Palermo

**Dena Hanovice Palermo
United States Magistrate Judge**