**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| W&T OFFSHORE, INC., AND W&T ENERGY VI, LLC, | § § § | |
| v. | § | LEAD CASE NO. 4:24-CV-3047 CONSOLIDATED ACTION |
| ENDURANCE ASSURANCE CORPORATION, AND LEXON INSURANCE CO., *ET AL.* | § § § § | |

# **JOINT STATUS REPORT**

Pursuant to the Court's Order of October 1 (D.E. 476), the Parties submit this Joint Status Report in advance of the status conference scheduled for October 5. As the Court noted, the Parties collectively filed four notices of discovery impasse on September 30 (D.E. 470, 472, 473, 475), which the Court subsequently denied as moot. Since the filing of those letters, the Parties have continued to negotiate and, in the spirit of compromise, have resolved all four disputes. In light of this development, the Parties do not have any specific issues to raise during the upcoming status conference but remain prepared to address any questions the Court may have.

Dated: October 2, 2026

Respectfully submitted,

*/s/ Nicholas J. Giles*
Nicholas J. Giles
*Admitted Pro Hac Vice*

MCGUIREWOODS LLP
800 East Canal Street
Richmond, Virginia 23219
(804) 775-4760 (Telephone)
(804) 698-2040 (Facsimile)
ngiles@mcguirewoods.com

*<u>/s/ Megan S. Lewis</u>*
Megan S. Lewis
*Admitted Pro Hac Vice*
SIMPSON THACHER & BARTLETT LLP
900 G Street NW
Washington, DC 20001
(202) 941-3654 Telephone
(202) 636-5502 Facsimile
megan.lewis@stblaw.com

*<u>/s/ Kelly Sandill</u>*
Kelly Sandill
Texas Bar No. 24033094
Southern District ID No. 38594
HUNTON ANDREWS KURTH LLP
600 Travis St., Suite 4200
Houston, Texas 77002
(713) 220-4200 (Telephone)
(713) 220-4285 (Facsimile)
ksandill@Hunton.com

*<u>/s/ Britt M. Miller</u>*
Britt M. Miller
*Admitted Pro Hac Vice*
bmiller@mayerbrown.com
Matthew D. Provance
*Admitted Pro Hac Vice*
mprovance@mayerbrown.com
Daniel M. Storino
*Admitted Pro Hac Vice*
DStorino@mayerbrown.com
Mayer Brown LLP
71 South Wacker Drive

Chicago, IL 60606
Telephone: (312) 701 9397

Yasser A. Madriz
Texas State Bar No. 24037015
S.D. Texas Bar No. 39080
Ymadrix@mayerbrown.com
Alfred Jason Huebinger
Jhuebinger@mayerbrown.com
Texas State Bar No. 24065460
S.D. Texas Bar No. 1717237
Mayer Brown LLP
700 Louisiana Street Suite 3400
Houston, TX 77002-2730

**ATTORNEYS FOR W&T OFFSHORE, INC. AND W&T ENERGY VI, LLC**

*<u>/s/ Jason M. Halper</u>*
Jason M. Halper*
Sara E. Brauerman*
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Tel.: (212) 237-0000
Fax: (212) 237-0100
jhalper@velaw.com
sbrauerman@velaw.com

Christopher V. Popov
Texas Bar No. 24032960
Federal ID No. 34615
845 Texas Avenue, Suite 4700
Houston, Texas 77002-2947
Tel.: (713) 758-2060
Fax: (713) 615-5068
cpopov@velaw.com

**Admitted pro hac vice*

**ATTORNEYS FOR ENDURANCE ASSURANCE CORPORATION AND LEXON INSURANCE COMPANY**

*/s/ Samuel C. Kaplan*
Samuel C. Kaplan
*Admitted pro hac vice*
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, DC 20005
Email: skaplan@bsfllp.com
Telephone: (202) 274-1163

*/s/ Ryan D. Dry*
Ryan D. Dry
Texas Bar No. 24050532
S.D. Tex. Bar No. 618363
Steven K. Cannon
Texas Bar No. 24086997
S.D. Tex Bar No. 3356957
**DRY LAW, PLLC**
909 18th Street
Plano, TX 75074
(972) 797-9510 Tele/Fax
rdry@drylaw.com
scannon@drylaw.com

***ATTORNEYS FOR PENNSYLVANIA INSURANCE COMPANY, UNITED STATES FIRE INSURANCE COMPANY, APPLIED SURETY UNDERWRITERS, and AMYNTA HOLDINGS***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2026, Plaintiffs filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

*/s/ Nicholas J. Giles*
Nicholas J. Giles