United States District Court
Southern District of Texas
ENTERED
October 05, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| W&T OFFSHORE, INC., AND<br>W&T ENERGY VI, LLC<br><br>v.<br><br>ENDURANCE ASSURANCE<br>CORPORATION AND LEXON<br>INSURANCE, CO., ET AL. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Lead Case No. 4:24-cv-3047 |

**MINUTE ORDER**

On October 5, 2026, the Court held a status conference. Counsel represented that after diligent efforts, the parties resolved all issues that were previously at impasse.

Counsel for W&T previewed the status of ongoing discovery. W&T anticipates that the parties will exchange most of their documents in the next two weeks leading up to the substantial completion deadline on October 16, 2026. However, Indemnco (who was only recently added as a party) requested additional time for document production. Consequently, W&T anticipates the scheduling order may need to be amended. Lexon did not agree that a wholesale change of the schedule was required. The Court advised that the parties may agree to extend any deadlines other than the dispositive motions' deadline. Any change to the dispositive motion deadline would require a Court order.

In addition, counsel are negotiating an agreed order for deposition protocols, including the number of depositions per party, logistics, and number of third-party depositions. W&T also advised that they continue to work on obtaining discovery from

third parties.

The Court sets this matter for another status conference on November 10, 2026, at 3:00 p.m. A Zoom link to follow. The parties shall file a joint status report by November 9, 2026.

**IT IS SO ORDERED.**

Signed at Houston, Texas, on October 5, 2026.

Dena Palermo

**Dena Hanovice Palermo**
**United States Magistrate Judge**