**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| W&T OFFSHORE, INC., AND<br>W&T ENERGY VI, LLC,<br><br>V.<br><br>ENDURANCE ASSURANCE CORPORATION,<br>AND LEXON INSURANCE CO., *ET AL.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | LEAD CASE NO. 4:24-CV-3047<br>CONSOLIDATED ACTION |

**W&T'S NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS**

Plaintiffs W&T Offshore, Inc. and W&T Energy VI, LLC (collectively, "W&T"), by and through its undersigned counsel and pursuant to Rule 45 of the Federal Rules of Civil Procedure, hereby give notice that W&T will issue a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to the entity listed in the table below. The subpoena is attached as Exhibit 1 and will be served for the production of documents on or before November 20, 2026.

| Entity Name | Exhibit for Subpoena |
|---|---|
| Renaissance Offshore, Inc. | 1 |

Dated: October 16, 2026

Respectfully submitted,

*/s/ Britt M. Miller*
Britt M. Miller
*Admitted Pro Hac Vice*
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 701-8663 Telephone
(312) 782-0600 Facsimile
bmiller@mayerbrown.com

**ATTORNEY FOR W&T OFFSHORE, INC. AND W&T ENERGY VI, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2026, Plaintiffs filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

/s/ *Britt M. Miller*
Britt M. Miller