United States District Court
Southern District of Texas
**ENTERED**
October 26, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| W&T OFFSHORE, INC., AND W&T ENERGY VI, LLC | § § | |
| | § | Lead Case No. 4:24-cv-3047 |
| v. | § § | |
| ENDURANCE ASSURANCE CORPORATION AND LEXON INSURANCE, CO., ET AL. | § § § | |

**ORDER**

Before the Court is Plaintiff's letter motion seeking the Court to compel non-party Marsh & McLennan Agency, LLC, successor in interest to McGriff Insurance Services, LLC ("McGriff")'s compliance with Plaintiff's subpoena. ECF No. 493. McGriff is **ORDERED** to appear at the Court's upcoming status conference on November 10, 2026, at 3:00 p.m. to explain its failure to produce the documents Plaintiff requested through discovery. If McGriff produces all requested documents and Plaintiffs agree that the production cures the current deficiencies prior to the status conference, McGriff need no longer attend.

**IT IS SO ORDERED.**

Signed at Houston, Texas, on October 26, 2026.

Dena Palermo

**Dena Hanovice Palermo**
**United States Magistrate Judge**