**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **W&T OFFSHORE, INC., AND W&T ENERGY VI, LLC,** | § | |
| | § | |
| *v.* | § | **LEAD CASE NO. 4:24-cv-3047** |
| | § | |
| **ENDURANCE ASSURANCE CORPORATION and LEXON INSURANCE CO., et al.** | § | **CONSOLIDATED ACTION** |
| | § | |

**SECOND AMENDED DOCKET CONTROL ORDER**

Anticipated Length of Trial: 10 Days Jury: X Non-Jury: ___

The disposition of this case will be controlled by the following schedule:[1]

1. **(a) NEW PARTIES** shall be joined only by a showing of good cause pursuant to Fed. R. Civ. P. 16(b).
2. **AMENDMENTS** to **PLEADINGS** by Plaintiff or Counter-Plaintiff shall be granted only by a showing of good cause pursuant to Fed. R. Civ. P. 16(b).
3. **FACT DISCOVERY** must be completed by: **3/5/27**
   - Document productions (for all parties other than Defendant Acrisure, LLC d/b/a IndemCo) must be substantially completed by: **10/16/26**
   - Document productions for Defendant Acrisure, LLC d/b/a IndemCo must be substantially completed by: **11/20/26**
   - All non-party subpoenas must be served by: **1/11/27**
   - All interrogatories and requests for admission not pertaining to authenticity or admissibility of documents must be served by: **1/11/27**
   - All discovery-related motions will be filed by: **1/11/27**
   - All oppositions to discovery-related motions will be filed by: **1/22/27**
   - All replies in support of discovery-related motions will be filed by: **1/29/27**

Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

4. **EXPERT WITNESSES** for **PLAINTIFF/COUNTER-PLAINTIFF** shall be identified and a report shall be filed listing the qualifications of each expert, each opinion that the expert will present, and the basis for each opinion. **DUE DATE: 3/19/27**

[1] The parties have agreed to work cooperatively to propose reasonable extensions to the discovery schedule to the extent necessary as the litigation progresses.

5. **EXPERT WITNESSES** for **DEFENDANT/COUNTER-DEFENDANT** shall be identified and a report shall be filed listing the qualifications of each expert, each opinion that the expert will present, and the basis for each opinion. **DUE DATE: 4/30/27**

5a. **REBUTTAL[2] OPINIONS FROM EXISTING EXPERTS DUE DATE: 6/11/27**

5b. **EXPERT DISCOVERY/DEPOSITIONS** must be completed by **DUE DATE: 7/9/27**

6. **MEDIATION/ADR:**
___ Required ___ Strongly Suggested _X_ Parties' Option

**ADR TO BE COMPLETED BY: 7/14/27**

7. **DISPOSITIVE MOTIONS** will be filed by: **7/27/27**
- Oppositions to dispositive motions will be filed by: **8/17/27**
- Replies in support of dispositive motions will be filed by: **8/31/27**

8. **ALL OTHER PRETRIAL MOTIONS** (including Daubert/Kumho Motions, but not including other motions in limine) will be filed by: **9/14/2027**
- Oppositions to pretrial motions will be filed by: **10/5/27**
- Replies in support of pretrial motions will be filed by: **10/19/27**

9. **JOINT PRETRIAL ORDER** will be filed: 30 days after a final decision on any and all dispositive motions.

- Plaintiff is responsible for timely filing the complete Joint Pretrial Order in the form set forth in the published Court's Procedures.

10. **PRETRIAL CONFERENCE:** is set for 1:30 pm on **TBA**

11. **TRIAL** is set for 9:00 am on **TBA**
The Case will remain on standby until tried.

Date October 30, 2026

Dena Palermo
**DENA HANOVICE PALERMO**
**UNITED STATES MAGISTRATE JUDGE**

[2] Rebuttal expert reports should be limited to new opinions in the Defendant/Counter-Defendant reports.