IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| W&T OFFSHORE, INC., AND W&T ENERGY VI, LLC, | § § § | |
| V. | § § | CIVIL ACTION NO. 4:24-CV-3047 CONSOLIDATED ACTION |
| ENDURANCE ASSURANCE CORPORATION, AND LEXON INSURANCE CO., ET AL. | § § § | |

---

**NOTICE OF APPEARANCE OF COUNSEL**

---

PLEASE TAKE NOTICE of the appearance of the undersigned counsel, Tracey K. Rice, as counsel for Defendants Endurance Assurance Corporation and Lexon Insurance Company (“Defendants”).

Pursuant to the applicable Federal Rules of Civil Procedure, Defendants respectfully request that all communications from the Court and other counsel with respect to this action be sent to Copeland & Rice LLP at the following address:

Tracey K. Rice
trice@copelandrice.com
Texas State Bar No. 24060499
S.D. Texas Bar No. 900753
2777 Allen Parkway, Suite 977
Houston, Texas 77019
Telephone: (832) 849-1805
Facsimile: (832) 849-1799

DATED: November 3, 2026

Respectfully submitted,

**VINSON & ELKINS LLP**

/s/ *Sara E. Brauerman*
Jason M. Halper*
Sara E. Brauerman*
Nicole Castle*
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Telephone: (212) 237-0000
Facsimile: (212) 237-0100
jhalper@velaw.com
sbrauerman@velaw.com
ncastle@velaw.com

Christopher V. Popov
Texas State Bar No. 24032960
S.D. Texas Bar No. 34615
Alyx E. Eva
Texas State Bar No. 24116334
S.D. Texas Bar No. 3544812
845 Texas Avenue, Suite 4700
Houston, Texas 77002-2947
Telephone: (713) 758-2636
Facsimile: (713) 615-5033
cpovov@velaw.com
aeva@velaw.com

**Admitted pro hac vice*

**COPELAND & RICE LLP**

/s/ *Tracey K. Rice*
Tracey K. Rice
Texas State Bar No. 24060499
S.D. Texas Bar No. 900753
2777 Allen Parkway, Suite 977
Houston, Texas 77019
Telephone: (832) 849-1805
Facsimile: (832) 849-1799
trice@copelandrice.com

**ATTORNEYS FOR DEFENDANTS
ENDURANCE ASSURANCE CORPORATION AND
LEXON INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedure on this 3rd day of November, 2026.

/s/ *Tracey K. Rice*
Tracey K. Rice