**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **W&T OFFSHORE, INC., AND W&T ENERGY VI, LLC,** | § | |
| | § | |
| **V.** | § | **LEAD CASE NO. 4:24-CV-3047** |
| | § | **CONSOLIDATED ACTION** |
| **ENDURANCE ASSURANCE CORPORATION, AND LEXON INSURANCE CO., *ET AL.*** | § | |
| | § | |
| | § | |
| | § | |
| | § | |

**ENDURANCE ASSURANCE CORPORATION AND LEXON INSURANCE COMPANY'S NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS TO GREAT MIDWEST INSURANCE COMPANY**

Endurance Assurance Corporation and Lexon Insurance Company, by and through their undersigned counsel and pursuant to Rule 45 of the Federal Rules of Civil Procedure, hereby give notice that the *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action*, which is attached hereto as **Exhibit A**, will be served on Great Midwest Insurance Company for the production of documents on or before the date set forth in the Subpoena.

Also attached hereto is **Exhibit B**, the current Protective Order in this matter, under which third parties producing documents in response to a subpoena have the right to designate documents at varying levels of confidentiality according to their content.

Dated: November 4, 2026

Respectfully submitted,

**VINSON & ELKINS LLP**

*/s/ Nicole Castle*
Jason M. Halper*
Sara E. Brauerman*
Nicole Castle*
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Tel.: (212) 237-0000
Fax: (212) 237-0100
jhalper@velaw.com
sbrauerman@velaw.com
ncastle@velaw.com

Christopher V. Popov
Texas Bar No. 24032960
Federal ID No. 34615
845 Texas Avenue, Suite 4700
Houston, Texas 77002-2947
Tel.: (713) 758-2636
Fax: (713) 615-5068
cpopov@velaw.com

**Admitted pro hac vice*

**ATTORNEYS FOR ENDURANCE ASSURANCE CORPORATION AND LEXON INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2026, a true and correct copy of the above and foregoing instrument was served on all counsel of record in accordance with the Federal Rules of Civil Procedure.

*/s/ Nicole Castle*
Nicole Castle

-