**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| W&T OFFSHORE, INC. and<br>W&T ENERGY VI, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ENDURANCE ASSURANCE CORPORATION, LEXON INSURANCE COMPANY, PENNSYLVANIA INSURANCE COMPANY, UNITED STATES FIRE INSURANCE COMPANY, APPLIED SURETY UNDERWRITERS LLC, AMYNTA HOLDINGS LLC D/B/A AMYNTA SURETY SOLUTIONS, and ACRISURE, LLC d/b/a INDEMCO,<br>Defendants. | ) | Civil Action No. 4:24-CV-3047 |

**[PROPOSED] ORDER GRANTING DEFENDANTS ACRISURE, LLC d/b/a INDEMCO AND APPLIED SURETY UNDERWRITERS LLC'S JOINT UNOPPOSED MOTION FOR ENTRY OF SECOND AMENDED PROTECTIVE ORDER**

Before the Court is the Joint Unopposed Motion for Entry of Second Amended Protective Order ("Motion") filed by Defendants Defendant Acrisure, LLC d/b/a IndemCo ("IndemCo") and Applied Surety Underwriters LLC ("Applied"), [ECF No. 516]. Having considered the Motion, the Court finds good cause to grant it. THEREFORE,

**IT IS ORDERED** that the Motion is GRANTED.

**IT IS FURTHER ORDERED** that the Second Amended Protective Order shall be filed in this action.

SO ORDERED.

Signed this ____ day of __________________, 2026.

______________________________

**DENA HANOVICE PALERMO**
**UNITED STATES MAGISTRATE JUDGE**