UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:24-CV-03047 |
|---|---|---|---|
| W&T Offshore, Inc., and<br>W&T Energy VI, LLC, | | | |
| *versus* | | | |
| Endurance Assurance Corporation,<br>and Lexon Insurance Co. | | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Rachel J. Lamorte<br>MAYER BROWN LLP<br>1999 K Street, N.W.<br>Washington, DC 20006-1101<br>202.263.3262 (Telephone)<br>202.263.3300 (Facsimile)<br>rlamorte@mayerbrown.com<br>District of Columbia Bar No. 1743057; D. Mass. Bar No. 692411 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | W&T Offshore, Inc. ("W&T"), and<br>W&T Energy VI, LLC |

Has applicant been sanctioned by any bar association or court? Yes ____ No ✔

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 11/9/2026 | Signed: /s/ Rachel J. Lamorte |

| | |
|---|---|
| The state bar reports that the applicant's status is: | |
| Dated: | Clerk's signature |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: ______________________

______________________________
United States District Judge