**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| W&T OFFSHORE, INC., AND W&T ENERGY VI, LLC, | § | |
| | § | |
| V. | § | LEAD CASE NO. 4:24-CV-3047 CONSOLIDATED ACTION |
| | § | |
| ENDURANCE ASSURANCE CORPORATION, AND LEXON INSURANCE CO., *ET AL.* | § | |

# JOINT STATUS REPORT

Pursuant to the Court's Order of October 5, 2026 (ECF No. 478), Plaintiffs W&T Offshore, Inc. and W&T Energy VI, LLC ("W&T") and Defendants Endurance Assurance Corporation and Lexon Insurance Company (collectively, "Lexon"), Pennsylvania Insurance Company ("Penn") and Applied Surety Underwriters LLC ("Applied") (collectively, the "Penn/Applied Defendants"), United States Fire Insurance Company ("USFIC") and Amynta Holdings LLC ("Amynta") (collectively, the "USFIC/Amynta Defendants"), and Acrisure, LLC d/b/a IndemCo ("IndemCo") (all together, the "Parties") submit this Joint Status Report in advance of the status conference scheduled for November 10, 2026.

## Party Discovery Issues

1. **Production of Lexon Text Messages**

   a. Pursuant to the agreed order, ECF No. 465, Lexon produced certain text

messages with competitors. On October 16, 2026, Lexon produced its log of non-responsive messages. W&T raised concerns about the log on October 30, 2026. W&T seeks production of text messages listed on Lexon's log. Lexon objects to such production and submits this dispute is premature.

2. **Production of Penn/Applied and USFIC/Amynta Text Messages**

   a. On October 2, 2026, the Penn/Applied and USFIC/Amynta Defendants agreed for text messages sent prior to the period of their custodians' periods of employment with Applied or Amynta to "run the same search terms as Sompo for the 'competitor texts' referenced in the Court's prior order, as well as the set for the 'remaining texts'" that "was agreed upon today, October 2, 2026 with the understanding that the terms may need to be adjusted to account for reference to" USFIC's "clients as opposed to Sompo." The Penn/Applied Defendants further agreed to inform W&T "if there are any burden or other concerns after running the terms," but agreed not to "refuse to search and review competitor terms based solely on employment status. For the remainder," the Parties agreed to "work in good faith to narrow any relevance, scope, and burden concerns about the hits returned by the 'remaining text' search terms."

The Penn/Applied and USFIC/Amynta Defendants have not completed review and production. W&T seeks the immediate production of the text messages without responsiveness review but reserves all rights. The Penn/Applied and USFIC/Amynta Defendants object to such production, submit this dispute is premature, and expect to complete review and production of responsive documents identified by search terms by November 17, 2026.

3. **Structured Data and Underwriting Files**

   a. The Parties had a disagreement about the scope of production of information in response to W&T's (i) Interrogatory No. 22 to Lexon and Interrogatory No. 1 to the Penn/Applied and USFIC/Amynta Defendants and (ii) Seventh Request for Production No. 2. The Parties met and conferred and believe they have resolved the issues. Should the Parties not confirm their agreement, they reserve the right to raise issues concerning these requests with the Court.

**<u>Third-Party Discovery Issues</u>**

4. As previously raised to the Court in ECF No. 493, third-party broker McGriff has not complied with W&T's subpoena issued on November 7, 2025. Further, as previously raised to the Court in ECF No. 496, McGriff has not complied with USFIC's subpoenas dated September 2, 2025 and September 24, 2026. The

Court ordered McGriff's counsel to appear at the upcoming status conference. ECF No. 494. As of the time of this filing, McGriff has not produced the requested documents, and its production remains deficient. However, subject to confirmation at the upcoming status conference, USFIC believes that McGriff and it have come to an agreement in principle that will resolve the dispute over USFIC's subpoenas.

Dated: November 10, 2026

Respectfully submitted,

*/s/ Britt M. Miller*
Britt M. Miller
*Admitted Pro Hac Vice*
bmiller@mayerbrown.com
Matthew D. Provance
*Admitted Pro Hac Vice*
mprovance@mayerbrown.com
Daniel M. Storino
*Admitted Pro Hac Vice*
dstorino@mayerbrown.com
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-9397

Yasser A. Madriz
Texas State Bar No. 24037015
S.D. Texas Bar No. 39080
ymadriz@mayerbrown.com
Alfred Jason Huebinger
jhuebinger@mayerbrown.com
Texas State Bar No. 24065460
S.D. Texas Bar No. 1717237

Mayer Brown LLP
700 Louisiana Street, Suite 3400
Houston, TX 77002-2730

*/s/ Nicholas J. Giles*
Nicholas J. Giles
*Admitted Pro Hac Vice*
MCGUIREWOODS LLP
800 East Canal Street
Richmond, Virginia 23219
(804) 775-4760 (Telephone)
(804) 698-2040 (Facsimile)
ngiles@mcguirewoods.com

*/s/ Megan S. Lewis*
Megan S. Lewis
*Admitted Pro Hac Vice*
SIMPSON THACHER & BARTLETT LLP
900 G Street NW
Washington, DC 20001
(202) 941-3654 Telephone
(202) 636-5502 Facsimile
megan.lewis@stblaw.com

*/s/ Kelly Sandill*
Kelly Sandill
Texas Bar No. 24033094
Southern District ID No. 38594
HUNTON ANDREWS KURTH LLP
600 Travis St., Suite 4200
Houston, Texas 77002
(713) 220-4200 (Telephone)
(713) 220-4285 (Facsimile)
ksandill@hunton.com

**ATTORNEYS FOR W&T OFFSHORE, INC. AND W&T ENERGY VI, LLC**

*/s/ Jason M. Halper*
Jason M. Halper*
Sara E. Brauerman*
Nicole Castle*
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Tel.: (212) 237-0000
Fax: (212) 237-0100
jhalper@velaw.com
sbrauerman@velaw.com
ncastle@velaw.com

Christopher V. Popov
Texas Bar No. 24032960
Federal ID No. 34615
Alyx E. Eva
Texas Bar No. 24116334
Federal ID No. 3544812
845 Texas Avenue, Suite 4700
Houston, Texas 77002-2947
Tel.: (713) 758-2060
Fax: (713) 615-5068
cpopov@velaw.com
aeva@velaw.com

**Admitted pro hac vice*

**ATTORNEYS FOR ENDURANCE ASSURANCE CORPORATION AND LEXON INSURANCE COMPANY**

*/s/ Norma N. Bennett*
Norma N. Bennett
Texas Bar No. 24028492
SD TX Bar No. 27123
SHOOK, HARDY & BACON L.L.P.
JP Morgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002

Telephone: (713) 546-5649
Facsimile: (713) 227-9508
nbennett@shb.com

Laurie Ann Novion (*pro hac vice*)
Erin Fishman (*pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
lnovion@shb.com
efishman@shb.com

***Attorneys for Defendant Acrisure, LLC d/b/a IndemCo***

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2026, Plaintiffs filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

*/s/ Britt M. Miller*
Britt M. Miller