Simpson Thacher & Bartlett LLP

900 G STREET NW, SUITE 900
WASHINGTON, D.C. 20001

TELEPHONE: +1-202-636-5500
FACSIMILE: +1-202-636-5502

Direct Dial Number
+1-202-941-3654

E-mail Address
megan.lewis@stblaw.com

November 13, 2026

**Via CM/ECF**
The Honorable Dena Hanovice Palermo
U.S. District Court, Southern District of Texas

Re: *W&T Offshore, Inc., et al. v. Endurance Assurance Corp., et al.*, 4:24-cv-3047 (S.D. Tex.)

Dear Judge Palermo:

Pursuant to the Court's November 12, 2026 Order (ECF 532), Plaintiff W&T submits this letter regarding the inability to reach an agreed order with non-party McGriff as instructed by the Court's order. The parties have conferred multiple times telephonically and by email. Counsel for U.S. Fire does not oppose either order.

McGriff's proposed order seeks to unilaterally amend the Court's explicit ruling from yesterday that "[d]ocuments shall be produced on a rolling basis to be completed no later than December 1, 2026, unless the Parties agree to extend the deadline." Order at 2. W&T requests that the Court enter the attached proposed order, which mirrors the Court's ruling on that issue.

McGriff has not run search terms, has no hit counts, and has no basis for prospectively asking the Court to push back a deadline for production of documents that was just set by the Court yesterday. W&T informed McGriff's counsel that it would work cooperatively to narrow search terms and extend that deadline if McGriff's counsel was working diligently to complete its production. However, W&T's position is that it cannot agree to an open-ended, to-be-determined date for McGriff's completion, particularly given McGriff's history of delay. Because the Court limited the initial searches to a single custodian whose materials have already been collected, the deadline set by the Court is more than reasonable. It is extremely important that W&T receive these documents promptly to avoid further delays in the discovery schedule, particularly in the event that Ms. Koletar does not have all the relevant documents.

Respectfully submitted,

Megan S. Lewis
Counsel for W&T

cc: All counsel of record (via ECF)
Counsel for McGriff (via email)