**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| W&T OFFSHORE, INC., AND<br>W&T ENERGY VI, LLC,<br>*Plaintiffs,*<br><br>v.<br><br>ENDURANCE ASSURANCE CORPORATION<br>and LEXON INSURANCE CO., et al.,<br>*Defendants.* | Case No. 4:24-cv-3047<br><br>Consolidated Action<br><br>Honorable Judge Dena Palermo |

**W&T OFFSHORE, INC. AND W&T ENERGY VI, LLC'S NOTICE OF ISSUANCE OF SUBPOENAS TO PRODUCE DOCUMENTS**

Plaintiffs W&T Offshore, Inc. and W&T Energy VI, LLC (collectively, "W&T"), by and through its undersigned counsel and pursuant to Rule 45 of the Federal Rules of Civil Procedure, hereby give notice the W&T will issue a *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action* to each entity listed in the table below. The subpoenas for each entity are attached as **Exhibits 1-21** and will be served for the production of documents on or before December 24, 2026.

| **Entity Name** | **Exhibit # for Subpoena** |
|---|---|
| Cellco Partnership d/b/a Verizon Wireless<br><br>(Phone Number: [redacted])[1] | 1 |
| Cellco Partnership d/b/a Verizon Wireless<br><br>(Phone Number: [redacted]) | 2 |

[1] The phone numbers subject to the subpoena requests appear in unredacted form in the service copies of the subpoenas.

| | |
|---|---|
| Cellco Partnership d/b/a Verizon Wireless (Phone Number: [redacted]) | 3 |
| Cellco Partnership d/b/a Verizon Wireless (Phone Number: [redacted]) | 4 |
| Cellco Partnership d/b/a Verizon Wireless (Phone Number: [redacted]) | 5 |
| Cellco Partnership d/b/a Verizon Wireless (Phone Number: [redacted]) | 6 |
| Level 3 Communications, LLC (Phone Number: [redacted]) | 7 |
| Level 3 Communications, LLC (Phone Number: [redacted]) | 8 |
| MCImetro Access Transmission Services LLC (Phone Number: [redacted]) | 9 |
| New Cingular Wireless PCS, LLC (Phone Number: [redacted]) | 10 |
| New Cingular Wireless PCS, LLC (Phone Number: [redacted]) | 11 |
| New Cingular Wireless PCS, LLC (Phone Number: [redacted]) | 12 |
| New Cingular Wireless PCS, LLC (Phone Number: [redacted]) | 13 |

| | |
|---|---|
| New Cingular Wireless PCS, LLC (Phone Number: [redacted]) | 14 |
| New Cingular Wireless PCS, LLC (Phone Number: [redacted]) | 15 |
| New Cingular Wireless PCS, LLC (Phone Number: [redacted]) | 16 |
| Peerless Network, Inc. (Phone Number: [redacted]) | 17 |
| Peerless Network, Inc. (Phone Number: [redacted]) | 18 |
| Peerless Network, Inc. (Phone Number: [redacted]) | 19 |
| T-Mobile USA, Inc. (Phone Number: [redacted]) | 20 |
| T-Mobile USA, Inc. (Phone Number: [redacted]) | 21 |

Dated: November 24, 2026

Respectfully submitted,

McGuire Woods LLP

*/s/ Nicholas J. Giles*

Nicholas J. Giles
*Admitted Pro Hac Vice*
ngiles@mcguirewoods.com
800 East Canal Street
Richmond, Virginia 23219

(804) 775-4760 Telephone
(804) 698-2040 Facsimile

*Counsel for Plaintiffs W&T Offshore, Inc. and W&T Energy VI, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2026, Plaintiffs filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

*/s/ Nicholas J. Giles*
Nicholas J. Giles