IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
November 24, 2026
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| W&T OFFSHORE, INC., AND W&T ENERGY VI, LLC, | § § § | |
| V. | § | LEAD CASE NO. 4:24-CV-3047 CONSOLIDATED ACTION |
| ENDURANCE ASSURANCE CORPORATION, AND LEXON INSURANCE CO., *ET AL.* | § § § § | |

---

## ORDER

Consistent with the Court's rulings on November 12, 2026, ECF No. 532, counsel for W&T Offshore, Inc. and W&T Energy VI, LLC ("W&T"), U.S. Fire Insurance Company ("USFIC"), and non-party Marsh & McLennan Agency LLC, successor in interest to McGriff Insurance Services, LLC ("McGriff") are further ORDERED as follows:

1. The parties are ordered to confer and reach agreement by November 27, 2026 on the scope of additional searches and search terms to be used by McGriff to identify documents responsive to W&T's and USFIC's subpoena requests, including documents related to (i) offshore bond market analysis generally and (ii) other Independent Oil and Gas Operators for whom McGriff served as a broker. McGriff will share hit counts on proposed search terms with W&T and USFIC.

2. As stated in the Court's order at ECF No. 532, to start, the proposed search terms to run will be for the custodial documents of Executive Vice President Ashley Koletar. Documents shall be produced on a rolling basis to be completed no later than December 1, 2026, unless the Parties agree to extend the deadline.

3. If it is apparent from the hit counts or preliminary review of documents that Ms. Koletar does not possess documents related to relevant independent oil and gas operators for whom McGriff served as the broker of record, the parties will work together to identify additional custodians whose materials will be searched and reviewed and a timeline for completion of that process. If there is any remaining dispute, the parties shall submit a joint status report outlining the dispute.

4. For the avoidance of doubt, nothing in this Order modifies or extends McGriff's separate obligation under the Court's November 12, 2026 Minute Order (ECF No. 532) to produce, by November 20, 2026, all responsive documents pertaining to W&T from January 1, 2020 to the present in response to the requests to which McGriff did not object. That production shall proceed independently of, and shall not be delayed by, the additional discovery procedures set forth in this Order. While McGriff did not expect to withhold many, if any, documents on grounds of privilege, it shall produce a privilege log of any documents withheld as privileged from this production no later than December 3, 2026. Additionally, for

avoidance of doubt, nothing in this order modifies the Court's ruling in ECF No. 532 regarding production of text messages at this time.

5. Nothing in this order precludes W&T or USFIC from seeking additional custodians or searches by McGriff after review of the materials produced from this process if McGriff's productions remain deficient.

Signed on this 24th day of November, 2026.

Dena Palermo

The Honorable Dena Hanovice Palermo
United States Magistrate Judge